B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re   Harvest Oil & Gas, LLC                              Case No.   15-50748
                        Debtor(s)                           Chapter    11

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & E Engine & Compression<br>1556 MacArthur Ave.<br>Harvey, LA 70058 | A & E Engine & Compression<br>1556 MacArthur Ave.<br>Harvey, LA 70058 | | | 9,331.28 |
| American Eagle Logistics<br>P.O. Box 3307<br>Lafayette, LA 70502 | American Eagle Logistics<br>P.O. Box 3307<br>Lafayette, LA 70502 | | | 4,485.30 |
| Brian Albrecht<br>5409 Janice Ave.<br>Kenner, LA 70065 | Brian Albrecht<br>5409 Janice Ave.<br>Kenner, LA 70065 | | Contingent<br>Disputed | 450,000.00 |
| Buras Oilfield Services, LLC<br>30975 Highway 11<br>Buras, LA 70041 | Buras Oilfield Services, LLC<br>30975 Highway 11<br>Buras, LA 70041 | | | 88,588.00 |
| Contractors, Inc.<br>PO Box 310<br>Empire, LA 70050 | Contractors, Inc.<br>PO Box 310<br>Empire, LA 70050 | | | 10,985.00 |
| Datacom<br>100 Enterprise Blvd<br>Lafayette, LA 70506 | Datacom<br>100 Enterprise Blvd<br>Lafayette, LA 70506 | | Contingent<br>Unliquidated<br>Disputed | 42,943.50 |
| Deep South Oilfield Construction LLC<br>37213 Hwy 11<br>Buras, LA 70041 | Deep South Oilfield Construction LLC<br>37213 Hwy 11<br>Buras, LA 70041 | | | 3,415.00 |
| Diamond Oil Field Supply, Inc<br>P. O. Box 1168<br>Broussard, LA 70518 | Diamond Oil Field Supply, Inc<br>P. O. Box 1168<br>Broussard, LA 70518 | | | 13,647.75 |
| Ervin Well Site Consultants, LLC<br>208 NE 1st Street<br>Andrews, TX 79714 | Ervin Well Site Consultants, LLC<br>208 NE 1st Street<br>Andrews, TX 79714 | | | 24,150.00 |
| Fremin's Supply & Distribution<br>26277 Hwy 23<br>Port Sulphur, LA 70083 | Fremin's Supply & Distribution<br>26277 Hwy 23<br>Port Sulphur, LA 70083 | | | 24,211.93 |
| Gaubert Oil Co.<br>PO Box 310<br>Thibodaux, LA 70302 | Gaubert Oil Co | | | 3,925.49 |

In re  Harvest Oil & Gas, LLC
Debtor(s)

Case No. 15-50748

# CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Harvest Operating, LLC<br>7039 Hwy 190 E Service Road, Ste. A<br>Covington, LA 70433 | Harvest Operating, LLC<br>7039 Hwy 190 E Service Road, Ste. A<br>Covington, LA 70433 | | Contingent<br>Disputed | 3,757,050.00 |
| Looper, Goodwine & Ballew P.C.<br>601 Poydras Street, Suite 2200<br>New Orleans, LA 70130 | Looper, Goodwine & Ballew P.C.<br>601 Poydras Street, Suite 2200<br>New Orleans, LA 70130 | | Contingent<br>Disputed | 77,904.22 |
| M & M Wireline & Offshore Serv<br>P. O. Box 592<br>Belle Chasse, LA 70037 | M & M Wireline & Offshore Serv<br>P. O. Box 592<br>Belle Chasse, LA 70037 | | | 41,213.32 |
| Malone & Bailey<br>9801 Westheimer Rd.<br>Suite 100<br>Houston, TX 77042 | Malone & Bailey<br>9801 Westheimer Rd.<br>Suite 100<br>Houston, TX 77042 | | | 25,000.00 |
| NGE Techs, LLC<br>PO Box 1463<br>Breaux Bridge, LA 70517-1463 | NGE Techs, LLC<br>PO Box 1463<br>Breaux Bridge, LA 70517-1463 | | | 14,383.00 |
| Paul's Insurance Services<br>PO Box 1599<br>Gray, LA 70359 | Paul's Insurance Services<br>PO Box 1599<br>Gray, LA 70359 | | | 8,750.00 |
| Robert A. Schroeder, Inc.<br>P O Box 681<br>Mandeville, LA 70470-0681 | Robert A. Schroeder, Inc.<br>P O Box 681<br>Mandeville, LA 70470-0681 | | | 24,608.81 |
| Slattery Marino & Roberts<br>1100 Poydras Street<br>Suite 1800<br>New Orleans, LA 70163 | Slattery Marino & Roberts<br>1100 Poydras Street<br>Suite 1800<br>New Orleans, LA 70163 | | Contingent<br>Disputed | 99,317.72 |
| Y & S Marine, Inc<br>PO Box 669<br>Belle Chasse, LA 70037 | Y & S Marine, Inc<br>PO Box 669<br>Belle Chasse, LA 70037 | | | 19,793.21 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re: The Harvest Group, LLC
Debtor(s)

Case No. 15-50748
Chapter 11

CONSOLIDATED

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Operating Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 06/19/2015

Signature: *[signed]*
Thomas F. Cooke
Operating Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.