IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HARVEST OIL & GAS, LLC, *et al.*,[1] | § | Case No. 15-50748 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**SUPPLEMENTAL AFFIDAVIT OF LORETTA R. CROSS IN SUPPORT OF EMERGENCY APPLICATION FOR ORDER AUTHORIZING GARDERE WYNNE SEWELL LLP TO RETAIN LORETTA R. CROSS AND STOUT RISIUS ROSS, INC. AS CONSULTING EXPERT TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

STATE OF TEXAS §
§
COUNTY OF HARRIS §

APPEARED BEFORE ME, the undersigned authority, this _11_ day of September, 2015, Loretta R. Cross, known to me to be a managing director of Stout Risius Ross, Inc. ("***SRR***" or "***Expert***") and having been first duly sworn, stated as follows:

1. My name is Loretta R. Cross. I am over the age of twenty-one (21) and am competent in all respects to make this Supplemental Affidavit. I am a managing director with SRR with an office at 815 Walker, Suite 1140 Houston, TX 77002, which is the proposed consulting expert for Gardere Wynne Sewell LLP in the above-captioned cases, and I am authorized to make this affidavit on behalf of Expert.

2. On September 3, 2015, I executed that certain *Affidavit of Loretta R. Cross* (the "***Affidavit***") in support of the *Emergency Application for Order Authorizing Gardere Wynne*

---

[1] The "***Debtors***" in these chapter 11 cases are Harvest Oil & Gas, LLC (15-50748); Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752). All other cases are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order entered on June 19, 2015. *See* Docket No. 4.

SUPPLEMENTAL AFFIDAVIT OF LORETTA R. CROSS – PAGE 1

Gardere01 - 7051100

*Sewell LLP to Retain Loretta R. Cross and Stout Risius Ross, Inc. as Consulting Expert to the Official Committee of Equity Security Holders* [Docket No. 395] (the "***Application***").2

3. In Paragraph 14 of the Application, my prior role as the Debtors' financial advisor in their 2009 bankruptcy cases (*see* Case No. 09-50397, Docket No. 580) (the "***Previous Case***") was disclosed to all parties-in-interest in these cases; however, the Affidavit did not contain that disclosure. *See* Application at ¶ 14. Accordingly, I am filing this supplemental affidavit to fully disclose that I represented the Debtors as their financial advisor in the Previous Case.

4. Affiant reserves the right to supplement this Supplemental Affidavit to the extent any subsequent connections become known to myself or SRR.

FURTHER AFFIANT SAYETH NOT.

_____
Loretta R. Cross

SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of September, 2015.

_____
Notary Public in and for the State of Texas

DONNA LANE
Notary Public, State of Texas
My Commission Expires
June 25, 2016

---

2 Capitalized terms not defined herein shall have the meaning ascribed in the Application.

**SUPPLEMENTAL AFFIDAVIT OF LORETTA R. CROSS – PAGE 2**

Gardere01 - 7051100