**SO ORDERED.**

**SIGNED October 13, 2015.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

**STIPULATED ORDER REGARDING (I) MOTION OF THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS TO TERMINATE
EXCLUSIVITY PERIOD UNDER 11 U.S.C. §1121(D) [DKT. #473] AND
(II) MOTION FOR AN ORDER EXTENDING THE TIME PERIODS WITHIN
WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN
OF REORGANIZATION AND TO OBTAIN ACCEPTANCES FOR A PLAN OF
REORGANIZATION [DKT. #483]**

**WHEREAS** on September 21, 2015, the Official Committee of Equity Security Holders ("Equity Committee") filed the *Motion of the Official Committee of Equity Security Holders to Terminate Exclusivity Period Under 11 U.S.C. §1121(d)* [Dkt. #473]

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

{00349200-4}   1

("Termination Motion"), requesting the Court terminate the exclusive periods for Harvest Oil & Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc., and Lobo Resources, Inc. (collectively, the "Debtors") to file a plan and to obtain acceptances of a plan;

WHEREAS, on September 23, 2015, the Debtors filed a *Motion for an Order Extending the Time Periods Within Which the Debtors Have the Exclusive Right to File a Plan of Reorganization and to Obtain Acceptances for a Plan of Reorganization* [Dkt. #483], requesting the Court extend the time within which the Debtors have the exclusive right to file a plan until December 15, 2015 and to obtain acceptances of a plan until February 15, 2016;

NOW, THEREFORE, THE DEBTORS AND THE EQUITY COMMITTEE DO HEREBY STIPULATE AS FOLLOWS WITH RESPECT TO THE MATTERS SET FORTH IN THIS STIPULATION:

1. The Equity Committee agrees not to object to the Debtors' request for an extension of their exclusive periods to file a plan through December 15, 2015 and to obtain acceptances of a plan through February 15, 2016, subject to the Equity Committee's right to prosecute the Termination Motion as set forth below. The Debtors reserve their rights to request additional extensions of exclusivity beyond the dates set forth in the preceding sentence, and the Equity Committee reserves its rights to object to any such further requested extensions.

2. The Termination Motion shall be continued; however, the Termination Motion may be set for an expedited hearing within seven (7) days after the date of the Debtors filing of a plan.

3. All parties in interest reserve their rights to object (or support) the Termination Motion.

4. The above Stipulation is approved and made the Order of this Court.

# # # END OF ORDER # # #

| Submitted by: | |
|---|---|
| */s/ William H. Patrick, III*<br>**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**<br>William H. Patrick, III ( Bar No. 10359)<br>Cherie Dessauer Nobles, (La. Bar No. 30476)<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130-6175<br>Telephone: (504) 299-3300<br>Facsimile: (504) 299-3399<br>wpatrick@hellerdraper.com<br>cnobles@hellerdraper.com<br><br>Louis Phillips (La. Bar No. 10505)<br>**Gordon, Arata, McCollam, Duplantis & Eagan, LLC**<br>301 Main Street, Suite 1600<br>Baton Rouge, Louisiana 70801-1916<br>Telephone: 225-381-9643<br>Fax: 225-336-9763<br>Direct Phone: 225-338-5308<br>lphillips@gordonarata.com<br><br>*Attorneys for the Debtors* | */s/ Michael S. Haynes*<br>Holland N. O'Neil (TX 14864700)<br>Stephen A. McCartin (TX 13374700)<br>Michael S. Haynes (TX 24050735)<br>GARDERE WYNNE SEWELL LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201-4761<br>Telephone: 214.999.3000<br>Facsimile: 214.999.4667<br>honeil@gardere.com<br>smccartin@gardere.com<br>mhaynes@gardere.com<br><br>*Attorneys for the Official Committee of Equity Security Holders* |