UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

### EX PARTE MOTION FOR AUTHORITY TO ENTER INTO PREMIUM FINANCE AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Harvest Oil and Gas, LLC and certain of its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), who respectfully file this *Ex Parte Motion for Authority to Enter Into Premium Finance Agreement*[2] ("Motion") for the following reasons:

### Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory and rule based predicates for the relief requested herein are sections 363 and 364 of the Bankruptcy Code.

### Background

3. On June 18, 2015, the Debtors filed for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing to operate their businesses and manage their properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. On June 19, 2015, the Court entered an order [P-4] that these chapter 11 cases be jointly administered and consolidated for procedural purposes.

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.
[2] The Premium Finance Agreement (the "PFA") is attached hereto as Exhibit "1."

{00347496-2}

4. On July 24, 2015, an official unsecured creditors committee (the "Unsecured Creditors Committee") was appointed by the United States Trustee [P-171]. On September 4, 2015, the Court entered an order [P-397] authorizing the employment of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as counsel for the Unsecured Creditors Committee.

5. On August 11, 2015, an official committee of equity holders ("Equity Committee") was appointed by the United States Trustee [P-290]. On October 6, 2015, the Court entered an order [P-508] authorizing the employment of Gardere Wynne Sewell LLP as counsel to the Equity Committee.

6. The Debtors have filed their monthly operating reports on a timely basis and duly complied with all requests for information by the United States Trustee.

## Relief Requested

7. In the ordinary course of the Debtors' business, the Debtors must maintain in effect numerous insurance policies ("Policies") providing coverage as set forth in the "Scheduled Policies of Insurance" annexed to the PFA. By this Motion, the Debtors seek the authority to enter into the PFA in order to maintain insurance coverage that is currently in effect.

## Basis for Relief

8. The Policies held by the Debtors run from February 1, 2016 to February 1, 2017. The Policies are financed by Premium Assignment Corporation ("PAC"). The total annual premium of the Debtors' Policies is $184,472.27. The Debtors have paid a cash down payment of $99,331.54 towards the total price of premiums of $238,804.41.

9. The remaining premiums are to be financed through PAC and are to be paid in eight (8) monthly installment payments of $23,361.92.

10. It is the Debtors' standard business practice to finance the insurance premiums through PAC, and the terms are commercially reasonable.

11. The PFA includes a security agreement, which grants PAC a security interest in any unearned premiums which would be payable in the event of cancellation of the Policies, and which further authorizes PAC to cancel the Policies and obtain the return of any unearned premiums in the event of a default in the payment of any installment due.

12. The benefits of the PFA are clear. It provides for the uninterrupted coverage of the Polices. The Policies are essential to the preservation of the Debtors' businesses, properties and assets, and in many cases, such insurance coverage is required by various regulations, law and contracts that govern the Debtors' business conduct, including, but not limited to, the Chapter 11 Operating Guidelines and Reporting Requirements of the U.S. Trustee, Region 5, Judicial District of Louisiana and Mississippi. The Debtors are also able to increase their liquidity by deferring the cost of their insurance during the course of these bankruptcy cases. This strategy allows the Debtors to turn what would otherwise be a prepaid asset into valuable working capital, increasing the Debtors' financial flexibility.

13. In view of the importance of maintaining insurance coverage with respect to business activities and the preserving of the Debtors' cash flow and estate by financing the insurance premiums, the Debtors believe that it would be in the best interests of the Debtors' estates and creditors to allow the Debtors to enter into the PFA.

14. Undersigned counsel has contacted counsel for the United States Trustee and the Majority First Lien Noteholders but neither has responded whether they oppose the relief sought in the Motion. The Debtors do not anticipate any opposition.

**WHEREFORE**, the Debtors pray that the Court enter the order attached hereto as Exhibit "2" (i) authorizing the Debtors, in their discretion, to enter into the Premium Finance Agreement attached hereto as Exhibit "1"; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: February 4, 2016.

Respectfully submitted,

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**HELLER, DRAPER, PATRICK, HORN
 & DABNEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300
Facsimile: 504-299-3399
**Co-Counsel for Debtors**

Louis Phillips (La. Bar No. 10505)
**KELLY HART & PITRE**
One American Place
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70801-1916
Telephone: 225-381-9643
Direct Phone: 225-338-5308
Facsimile: 225-336-9763
**Co-Counsel for Debtors**