IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| HARVEST OIL & GAS, LLC | * | CASE NOS. 15-50748 |
| | * | 15-50749 |
| Debtor | * | 15-50750 |
| | * | 15-50751 |
| | * | 15-50752 |
| | * | |
| | * | (Jointly Administered) |
| | * | |
| | * | CHIEF JUDGE SUMMERHAYS |

_____

### BRIAN ALBRECHT'S MOTION FOR SETOFF AND TO LIFT STAY

NOW INTO COURT, through undersigned counsel, comes Defendant, BRIAN ALBRECHT ("Albrecht"), who, pursuant to 11 U.S.C. §§ 362and 553, respectfully requests this Court enter an order recognizing that Albrecht's $355,879.15 debt to SARATOGA RESOURCES, INC. ("Saratoga") was set off by Saratoga's $450,000 debt to Albrecht, both debts being set forth in a Final Judgment issued on May 8, 2015, by the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

As explained more fully in the accompanying memorandum, neither party filed a suspensive appeal to the Final Judgment, so the debts were liquidated and presently due no later than August 18, 2015. At that point, Louisiana's law of compensation automatically extinguished Albrecht's debt, completely, and Saratoga's debt (partially - $94,120.85). The Court should recognize that setoff under Bankruptcy Code §553, because the debts arose prior to the

bankruptcy and were held by the same parties, in the same capacities. If the Court finds that the automatic stay must be lifted in order to recognize the setoff, Albrecht respectfully requests the stay be lifted retroactively, pursuant to Section 362(d) or any other applicable section of the Bankruptcy Code.

    WHEREFORE, Brian Albrecht respectfully requests that this Court enter an Order recognizing that Albrecht's debt to Saratoga was completely extinguished and set off by Saratoga's debt to Albrecht.

Respectfully submitted,

M. TAYLOR DARDEN (#4546), T.A.
LEANN OPOTOWSKY MOSES (#19439)
MATTHEW J. FANTACI (#28036)
SETH E. BAGWELL (#33713)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
darden@carverdarden.com
moses@carverdarden.com
fantaci@carverdarden.com
bagwell@carverdarden.com

/s/ Matthew J. Fantaci
Attorneys for BRIAN C. ALBRECHT

## CERTIFICATE OF SERVICE

I do hereby certify that I caused *Brian Albrecht's Motion for Setoff and to Lift Stay,* the accompanying *Memorandum in Support,* and the *Notice of Hearing* to be served on those parties receiving electronic notification via the Court's CM/ECF System on March 2, 2016.

    Respectfully submitted,

    M. TAYLOR DARDEN (#4546), T.A.
    LEANN OPOTOWSKY MOSES (#19439)
    MATTHEW J. FANTACI (#28036)
    SETH E. BAGWELL (#33713)
    CARVER, DARDEN, KORETZKY, TESSIER,
    FINN, BLOSSMAN & AREAUX L. L. C.
    1100 Poydras Street, Suite 3100
    New Orleans, Louisiana 70163
    Telephone: (504) 585-3800
    Telecopier: (504) 585-3801
    darden@carverdarden.com
    moses@carverdarden.com
    fantaci@carverdarden.com
    bagwell@carverdarden.com

    /s/ Matthew J. Fantaci
    Attorneys for BRIAN C. ALBRECHT

4818-1895-0446, v. 1

Page **3** of **3**

15-50748 - #763  File 03/02/16  Enter 03/02/16 21:59:45  Main Document  Pg 3 of 3