

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

MINUTE ENTRY

15-50748 Harvest Oil & Gas, LLC    Chapter: 11

(1) Motion for Relief from Stay and Offset on behalf of Brian C. Albrecht

(2) Motion for Status Conference on behalf of Office of U.S. Trustee

**APPEARANCES:**

William H. Patrick III representing DIP
Robin Cheatham special counsel for debtor
Matt Fantaci for Brian Albrecht
Gail Bowen McCulloch representing Office of U. S. Trustee
Benjamin W. Kadden representing Official Committee of Unsecured Creditors
Skylar Rosenbloom for Thomas Cooke
Kent Aguillard for MP31 Investments
TJ Madigan for Wilmington

**RULING:** (1) Hearing is continued to April 26, 2016 for the court to announce a ruling.

(2) No later than April 29, 2016, the Unsecured Creditors Committee shall file a brief relating to the facts set forth in the US Trustee's motion. Mr. Cooke and/or Mr. Clifford shall file a response no later than June 17, 2016.

*Thomas Cooke, Andy Clifford, Duke Berghman and Steve Ross are ordered to appear in court on June 28, 2016, at 1:30 p.m. to show cause, if any exists, why sanctions should not be imposed for the violation of confidentiality as set forth in the Motion filed by the US Trustee.*

When signed by the court, this minute entry shall constitute an order of the court.

Robert R. Summerhays
United States Bankruptcy Judge

Date: April 5, 2016