UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

**AMENDED NOTICE OF HEARING ON (I) MOTION OF DEBTORS (1) TO SELL PROPERTY OF THE ESTATES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS UNDER 11 U.S.C. § 363; AND (2) TO ASSIGN (OR ASSUME AND ASSIGN TO THE EXTENT NECESSARY) CERTAIN LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365 [P-827]; AND (II) MOTION OF ENERGY RESERVES GROUP II, LLC TO CONVERT CHAPTER 11 CASES TO CHAPTER 7 CASES PURSUANT TO BANKRUPTCY CODE §1112 [P-792]**

**PLEASE TAKE NOTICE** that Harvest Oil and Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc. and Lobo Resources, Inc., as debtors and debtors-in-possession (collectively, the "Debtors"), have filed the *Motion of Debtors (1) to Sell Property of the Estates Free and Clear of All Liens, Claims, Encumbrances, and Interests Under 11 U.S.C. § 363; and (2) to Assign (or Assume and Assign to the Extent Necessary) Certain Leases and Executory Contracts Pursuant to 11 U.S.C. § 365* [P-827] ("Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that Energy Reserves Group II, LLC has filed the *Motion of Energy Reserves Group II, LLC to Convert Chapter 11 Cases to Chapter 7 Cases Pursuant to Bankruptcy Code §1112* [P-792] ("Motion to Convert").

Copies of the Sale Motion and the Motion to Convert are on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearings on the Sale Motion and Motion to Convert scheduled for April 26, 2016 at 10:00 a.m. CST have been continued to **May 5, 2016 at 10:00 a.m. CST** ("Hearing") before the Honorable Robert Summerhays, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

[2] Capitalized terms not defined herein are as defined in the Sale Motion or the *Motion of the Debtors for an Order Approving Bidding Procedures* [P-829].

**PLEASE TAKE FURTHER NOTICE** that there will be an auction (the "Auction") at the Hearing of the Subject Assets **in the event that a party or parties (other than ERG II) qualifies as a Qualified Bidder** among the Qualified Bidder(s) and ERG II, by public out-cry, and the highest bidder (ERG II or if someone else, the "Winning Bidder") as determined by the Bankruptcy Court shall be entitled to acquire the Subject Assets. **If there is no Qualified Bidder (other than the ERG II), ERG II shall be entitled to acquire the Subject Assets at the Hearing and there shall be no Auction.**

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection or response to the Sale Motion or Motion to Convert must file a written objection or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501 by **no later than seven (7) days prior to the Hearing,** and must serve a copy of the written objection or response on the Debtors and ERG II through undersigned counsel.

This 11th day of April 2016.

*/s/ William H. Patrick, III*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Co-Counsel for Debtors**

And

**KELLY HART & PITRE**

**Louis M. Phillips (#10505)**
**Peter A. Kopfinger (#20104)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Email: peter.kopfinger@kellyhart.com
**Co-Counsel for Debtors**

And

**GIEGER, LABORDE & LAPEROUSE L.L.C.**
Andrew A. Braun (Bar No. 3415)
Michael E. Hill (Bar No. 25708)
701 Poydras Street, Suite 4800
New Orleans, LA 70139
Telephone: (504) 561-0400
Fax: (504) 561-1011
abraun@glllaw.com
mhill@glllaw.com

**-and-**

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (Bar No. 07846300)
(admitted *pro hac vice*)
Ashley R. Beane (Bar No. 24064870)
(admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
cgibbs@akingump.com
abeane@akingump.com

*Attorneys for Energy Reserves Group II, LLC*

# NOTICE ANNEX

Pursuant to 11 U.S.C. § 342, the following sets forth the name, addresses and last four digits of the tax identification number for each of the referenced Debtors:

| **DEBTORS AND ADDRESSES** | **CASE NO.** | **TAX I.D. NO.** |
|---|---|---|
| Harvest Oil & Gas, LLC<br>67201 Industry Lane<br>Covington, LA 70433 | 15-50748 | xx-xxx0003 |
| Saratoga Resources, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50749 | xx-xxx4489 |
| The Harvest Group, LLC<br>67201 Industry Lane<br>Covington, LA 70433 | 15-50750 | xx-xxx3158 |
| Lobo Operating, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50751 | xx-xxx6990 |
| Lobo Resources, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50752 | xx-xxx7201 |