UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

---

## AMENDED CERTIFICATE OF SERVICE

    I, William H. Patrick, III, attorney for the above captioned debtors, do hereby certify that I caused the *Amended Notice of Hearing on (I) Motion of Debtors (1) to Sell Property of the Estates Free and Clear of All Liens, Claims, Encumbrances, and Interests Under 11 U.S.C. § 363; and (2) to Assign (or Assume and Assign to the Extent Necessary) Certain Leases and Executory Contracts Pursuant to 11 U.S.C. § 365 [P-827]; and (II) Motion of Energy Reserves Group II, LLC to Convert Chapter 11 Cases to Chapter 7 Cases Pursuant to Bankruptcy Code §1112 [P-792]* **[P-864]** to be served on the parties listed below via the Court's ECF Filing System as follows on April 11, 2016:

- H. Kent Aguillard    kaguillard@yhalaw.com, gneumeyer@yhalaw.com
- Seth E. Bagwell    bagwell@carverdarden.com
- Evan R. Baker    ebaker@gardere.com, koliver@gardere.com
- Andrew A. Braun    abraun@glllaw.com
- Christopher T. Caplinger    ccaplinger@lawla.com
- Sonia Chae    chaes@sec.gov
- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Scott R. Cheatham    scott.cheatham@arlaw.com, Vicki.Owens@arlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Carl Dore'    carl@dorelawgroup.net, vmartinez@dorelawgroup.net
- Matthew J. Fantaci    fantaci@carverdarden.com

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-50751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

{00351655-2}

- James M. Garner    jgarner@shergarner.com,
  mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Trenton A. Grand    bankruptcy@grandlawfirm.com, grandlawbk@gmail.com
- Lawrence Bradley Hancock    hancockb@gtlaw.com
- Rufus C. Harris    rch@harrisrufty.com, ahh@harrisrufty.com
- Michael S. Haynes    mhaynes@gardere.com, koliver@gardere.com
- Joseph P. Hebert    jphebert@liskow.com
- Shari L. Heyen    heyens@gtlaw.com,
  kurzweild@gtlaw.com;hartle@gtlaw.com;eastlaked@gtlaw.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- Tristan E. Manthey    tmanthey@hellerdraper.com,
  kfritscher@hellerdraper.com;lwright@hellerdraper.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Barry W. Miller    bmiller@hellerdraper.com,
  rterrebonne@hellerdraper.com;kfritscher@hellerdraper.com
- Mark A. Mintz    mmintz@joneswalker.com,
  mmcadory@joneswalker.com;sliberio@joneswalker.com;hstewart@joneswalker.com
- Leann Opotowsky Moses    moses@carverdarden.com, langley@carverdarden.com
- Cherie D. Nobles    cnobles@hellerdraper.com
- Holland N. O'Neil    honeil@gardere.com, koliver@gardere.com
- William H. Patrick    wpatrick@hellerdraper.com, lwright@hellerdraper.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;rmoran@lawla.com
- Louis M. Phillips    louis.phillips@kellyhart.com, june.alcantara@kellyhart.com
- Erin Rosenberg    erosenberg@lawla.com
- Charles M. Rush    cmrrush@cox-internet.com
- Ryan M. Seidemann    seidemannr@ag.state.la.us
- Gina D. Shearer    gshearer@l-llp.com, tbarrera@l-llp.com;pgentry@l-llp.com
- Catherine Noel Steffes    nsteffes@steffeslaw.com
- Timothy Thriffiley    Tthriffiley@pivachlaw.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- R. Patrick Vance    pvance@joneswalker.com
- Stephen D. Wheelis    steve@wheelis-rozanski.com
- Y&S Marine, Inc.    tthriffiley@pivachlaw.com
- Victor W. Zhao    victor.w.zhao@usdoj.gov

I also caused same to be served on **April 11, 2015**, via email and/or First Class U.S. Mail,

postage pre-paid, by via Choice Professional Copy Service to the attached Matrix.

April 12, 2016                                  Respectfully submitted,

                                                 _/s/ William H. Patrick, III_
                                                 William H. Patrick, III (La. Bar No. 10359)
                                                 Tristan E. Manthey, (La. Bar No. 24539)

Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn
  & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130-6175
Telephone:  504-299-3300
Fax:  504-299-3399
.

**KELLY HART & PITRE**
**Louis M. Phillips (#10505)**
**Peter A. Kopfinger (#20104)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Email: peter.kopfinger@kellyhart.com

AND

**Patrick (Rick) M. Shelby (#31963)**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com

*Attorneys for the Debtors*

{00351655-2}

# NOTICE ANNEX 1

Pursuant to 11 U.S.C. § 342, the following sets forth the name, addresses and last four digits of the tax identification number for each of the referenced Debtors:

| DEBTORS AND ADDRESSES | CASE NO. | TAX I.D. NO. |
|---|---|---|
| Harvest Oil & Gas, LLC<br>67201 Industry Lane<br>Covington, LA 70433 | 15-50748 | xx-xxx0003 |
| Saratoga Resources, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50749 | xx-xxx4489 |
| The Harvest Group, LLC<br>67201 Industry Lane<br>Covington, LA 70433 | 15-50750 | xx-xxx3158 |
| Lobo Operating, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50751 | xx-xxx6990 |
| Lobo Resources, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024 | 15-50752 | xx-xxx7201 |

Label Matrix for local noticing
0536-4
Case 15-50748
Western District of Louisiana
Lafayette
Mon Apr 11 14:41:22 CDT 2016

A & E Engine & Compression
1556 MacArthur Ave.
Harvey, LA 70058-2452

A&B Valve & Piping Systems
PO Box 677428
Dallas, TX 75267-7428

A. C. 'Andy' Clifford
402 Coachman Lane
Houston, TX 77024-6401

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

Abadie-Williams LLC
Attn: Tyler Abadie
1 Galleria Blvd., #1660
Metairie, La. 70001

Abrado, Inc.
16203 Park Row
Suite 160
Keisha Wisniewski
Houston, TX 77084-5178

Absolute Energy Solutions LLC
c/o it's officer, manager or register ag
POB 2468
Alvin, TX 77512-2468

Ace Thru-Tubing LLC
222 Jefferson St
Lafayette, LA 70501-7010

Acme Truck Line Com
MSC-410683
PO Box 415000
Nashville, TN 37241-5000

Adair & Meyers, P.L.L.C.
3120 SW Freeway, Ste. 320
Houston, TX 77098-4511

Adams and Reese, LLP
c/o Robin Cheatham
701 Poydras Street  Suite 4500
New Orleans, LA 70139-4596

H. Kent Aguillard
P.O. Drawer 391
Eunice, LA 70535-0391

Alarm & Security Technologies
Pelican Security Network
P.O. Box 80713
Baton Rouge LA 70898-0713

Aldine Independent School District
Tax Office
14909 Aldine Westfield Rd
Houston, TX 77032-3027

Alexander M. Crighton, III
P. O. Box 4133
Houma, LA 70361-4133

Alliance Companies
11095 Hwy 308
Larose, LA 70373-3931

Alliance Liftboats, LLC
11095 Hwy 308
Kelly Steele, Sr.
Larose, LA 70373-3931

Alliance Oilfield Services, LLC
5132 Travella Road
John Roberts
Marrero, LA 70072-4243

Allied World National Assurance Co.
Attn:  Prof. Liability Underwriting
199 Water Street
New York, NY 10038-3532

Allis-Chalmers Energy and Archer Well Co
Archer Well Co
10613 West Sam Houston Pkwy N #600
Houston, TX 77064-4663

Allison Marine Contractors
POD 511
Morgan City, La. 70381

Altec, Inc
619 East Second Street
Roberta Brink
Broussard, LA 70518-4105

Always Care
PO Box 98100
Baton Rouge, LA 70898-9100

Amerada Hess Corporation
PO Box 2040
Houston, TX 77252-2040

American Eagle Logistics
P.O. Box 3307
Lafayette, LA 70502-3307

American Eagle Logistics, LLC
Attn: Harold Vice, Jr.
1247 Petroleum Parkway
Broussard, La. 70518

American Recovery, LLC
16201 East Main Street
Cut Off LA 70345-3804

American Warrior Inc.
PO Drawer 1850
Gretna, LA 70054-1850

Andrew Clifford
Gruber Hurst c/o Sam Stricklin
1445 Ross Avenue, Ste. 2500
Dallas, TX 75202-2701

Apache Corporation
2000 Post Oak Blvd.
Suite 100
Houston, TX 77056-4400

(p)ARGO GROUP US INC
PO BOX 469011
SAN ANTONIO TX 78246-9011

Argonaut Insurance Company
c/o Gina D. Shearer & Keith A. Langley
LANGLEY, LLP
901 Main Street, Suite 600
Dallas, TX 75202-3706

Argonaut Insurance Company
c/o Langley, LLP
Attn: Gina D. Shearer, Esq.
901 Main Street, Ste 600
Dallas, TX 75202-3706

Athena  Construction LLC
P.O. Box O
Morgan City, LA 70381

Athena Construction
2601 Tulane Avenue, Ste. 945
New Orleans LA 70119-7578

Atlas V, LLC
c/o Desiree Ditoro
PO Box 11167
New Orleans, LA 70181-1167

Auto-Comm Engineering Corporation
3014 Cameron Street
Ted Miller
Lafayette, LA 70506-1519

Automatic Power, Inc.
Dept. 253
P.O. Box 4346
Houston TX 77210-4346

B&B Oilfield Services, LLC
4713 W Hwy 90
Jeff Menard
New Iberia, LA 70560-9661

BJC Crewboats, LLC
128 Jaden Lane
Houma, LA 70360-7724

BNY Mellon Trust Company N.A.
Attn: Gloria Goff
601 Travis 17th Floor
Houston TX 77002-3252

BNY Mellon Trust Compnay
601 Travis 17th Fl
Houston, TX 77002-3252

Evan R. Baker
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Barracuda Oil Tools, LLC
138 Alliance Ct
Mike Jenkins
Houma, LA 70360-2958

Barry Miller
9311 Bluebonnet Blvd
Baton Rouge, LA 70810-2970

Bayou Inspection Services, Inc.
POB 2336
Morgan City, La. 70381

Ashley R. Beane
Akin, Gump, Strauss, Hauer & Feld LLP
1700 Pacific Ave., Suite 4100
Dallas, TX 75201-4675

Beaux A. Cormier
c/o Edward O. Taulbee, IV
Christopher E. Taulbee
100 Asma Blvd., Ste. 140
Lafayette, LA 70508-3842

Beaux A. Cormier
c/o Kenneth W. Dejean, Esq.
417 W. University Avenue
Lafayette, LA 70506-3649

Bedrock Petroleum Consultants, LLC
POB 81547
Lafayette, LA 70598-1547

Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin & Hubba
Pan American Life Center
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Berkley Oil & Gas
Goldman, Evans & Trammell
10323 Cross Creek Blvd Ste F
Tampa, FL 33647-2988

Bill Rhea IV
Peter J. Benvenutti
Keller & Benvenutti LLP
650 California St., 19th Fl
San Francisco. CA 94108-2736

Biznet Solutions
Williams Tower, Ste 4100
2800 Post Oak Blvd
Houston TX 77056-6145

Board of Commissioners of the Southeast
LA Flood Protection Authority-East
New Orleans Lakefron Airport
Terminal Bldg., Ste 225
6001 Stars & Stripes Blvd
New Orleans, LA 70126-8004

Andrew A. Braun
701 Poydras Street
Suite 4800
New Orleans, LA 70139-4800

Breaux A. Cormier
c/o Edward O. Taulbee, IV
Christopher E. Taulbee
100 Asma Blvd Ste 140
Lafayette, LA 70508-3842

Breaux A. Cormier
c/o Kenneth W. Dejean, Esq.
417 W. University Ave
Lafayette, LA 70506-3649

Brenda E. Reilly
1104 Sena Drive
Metairie, LA 70005-1629

Brian Albrecht
5409 Janice Ave.
Kenner, LA 70065-2334

Brian C. Albrecht
c/o Matthew J. Fantaci
1100 Poydras Street, Ste 3100
New Orleans, LA 70163-1102

Marty Brimmage Jr.
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624

Broadridge ICS
P.O. Box 416423
Boston MA 2241

Broadvox
75 Erieview Plaza
Suite 400
Cleveland, OH 44114-1839

Brown Rudnick, LLP
Attn: Howard L. Siegel
CityPlace I, 38th FL
Hartford, CT 06103-3402

Buras Oilfield Services, LLC
30975 Highway 11
Buras, LA 70041-2761

Business Wire, Inc.
Dept 34182
PO Box 39000
San Francisco, CA 94139-0001

CF&S Tank Equipment Co.
3904 E Old Spanish Trail
New Iberia, LA 70560-8285

CIT
21146 Network Place
Chicago IL 60673-1211

CIT FINANCE, LLC
c/o Weltman, Weinberg, & Reis Co., L.P.A
3705 Marlane Drive
Grove City, OH 43123-8895

CLECO Corporation
Wheelis & Rozanski
P.O. Box 13199
Alexandria, La 71315-3199

Cactus Wellhead, LLC
One Greenway Plaza
Suite 200
Houston, TX 77046-0199

Calvin Kilonzo
3207 Chappelwood Dr.
Pearland, TX 77584-3115

Canon Financial Services
158 Gaither Dr
Mt Laurelj, NJ 08054-1716

Capital One, N.A.
PO Box 61540
New Orleans, LA 70161-1540

Christopher T. Caplinger
601 Poydras Street, Ste 2775
New Orleans, LA 70130-6041

Cardinal Services, LLC
718 East Hwy 90
New Iberia, LA 70560-0845

Carl Dore' Jr.
17171 Park Row, Ste 160
Houston, TX 77084-4927

Carver Darden, et al
1100 Poydras St., Ste. 3100
New Orleans, LA 70163-1102

Carver Darden, et al
Lindsay Spann, M. Taylor Darden &
Matthew Fantaci
1100 Poydras St., Ste. 3100
New Orleans, LA 70163-1102

Cased Hole Well Services, LLC
PO Box 1720
Timothy Crain
Waskom, TX 75692-1720

Cenac Towing Co., Inc.
PO Box 2617
Houma, LA 70361-2617

Central Boat Rental Inc.
PO Box 2545
Morgan City, LA 70381-2545

Century Exploration New Orleans, Inc.
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002-8319

Cetco Oilfield Services
355 W. 2nd St.
Broussard, La. 70518

Sonia Chae
US Securities & Exchange Commission
175 W. Jackson Blvd. 9th Fl.
Chicago, IL 60604-2815

Charles W. Holman
5519 S. Saratoga
New Orleans, LA 70115-5023

| | | |
|---|---|---|
| Robin B. Cheatham<br>4500 One Shell Square<br>New Orleans, LA 70139 | Chet Morrison Contractors, LLC<br>PO Box 3301<br>John DeBlieux<br>Houma, LA 70361-3301 | Chevron<br>c/o Transparent Energy Services<br>1400 Broadfield, Ste. 375<br>Houston, TX 77084-6973 |
| Chevron Crude Supply and Trading<br>1500 Louisiana, 05325K<br>Houston, TX 77002-7308 | Chevron N.A. Exploration & Production Compan<br>100 Northpark Blvd.<br>Covington LA 70433-5069 | Chevron NA Exploration & Production CO<br>100 Northpark Blvd<br>Covington, LA 70433-5069 |
| Chevron USA Inc.<br>c/o Ed Ripley & Mark Wege<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002-5295 | Clean Gulf Associates<br>634 Peters Road<br>Mark Paskewich<br>Harvey, LA 70058-1705 | Clean Gulf Associates Services, LLC<br>650 Poydras St., Ste 1020<br>New Orleans, LA 70130-7225 |
| Cleco Power, LLC<br>2030 Donahue Ferry Road<br>P.O. Box 5000<br>Pineville LA 71361-5000 | Cleco Power, LLC<br>PO Box 660228<br>Dallas, TX 75266-0228 | Andrew Clifford<br>402 Coachman Lane<br>Houston, TX 77024-6401 |
| Coastal Marine Contractors, LLC<br>330 Bayou Liberty Road<br>Slidell, LA 70458-4202 | Cobb Offshore Leasing Corporation<br>6015 Bayou Black Drive<br>Chad Cobb<br>Gibson, LA 70356-3509 | Cokinos Energy Corporation<br>5718 Westheimer, Ste. 900<br>Houston, TX 77057-5757 |
| Collarini Associates<br>3100 Wilcrest Drive<br>Suite 140<br>Houston, TX 77042-3549 | Combined Technical Services<br>1544 MacArthur Avenue<br>Harvey, LA 70058-2452 | Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 |
| Complt Oilfield Mgt & Maint Inc<br>P.O. Box 53463<br>Lafayette LA 70505-3463 | Compuforms Data Products<br>P.O. Box 101536<br>Fort Worth TX 76185-1536 | Conexis<br>P. O. Box 6241<br>Orange, CA 92863-6241 |
| Contractors, Inc.<br>41611 Hwy 23<br>Tony Williams<br>Boothville, LA 70041-4107 | Conway Mackenzie Management Services, LLC<br>1301 McKinney Suite 2025<br>Houston, TX 77010-3089 | Thomas Cooke<br>1304 Alta Vista Avenue<br>Austin, TX 78704-2515 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Corrpro Companies Inc.<br>201 Pailet Dr<br>Harvey, LA 70058-4153 | Creel & Associates, Inc.<br>1400 Broadfield Blvd.<br>Suite 325<br>Houston, TX 77084-5133 |
| Creel & Associates, Inc.<br>2051 Greenhouse Road, Suite 310<br>Houston TX 77084-7341 | Crescent Drilling & Production Inc.<br>2400 Veterans Blvd<br>Suite 110<br>William Haws<br>Kenner, LA 70062 | Crescent Energy Services, LLC<br>1304 Engineers Road<br>Tommy Jahncke<br>Belle Chasse, LA 70037-3166 |

Loretta R. Cross
Stout Risius Ross, Inc.
815 Walker, Suite 1140
Houston, TX 77002-5768

Cynthia Charloff
Executor of Lawrence Cohen
89 Thunderland Drive
Auburn, Maine 04210-9228

Cypress Communications, Inc.
3565 Piedmont Rd NE
Atlanta, GA 30305-8204

Cypress Cove Lodge
235 Cypress Cove Road
Venice, LA 70091-4355

Cypress Cove Lodge
P.O. Box 34
Belle Chasse LA 70037-0034

Cypress Gas Pipeline, LLC
1100 Louisiana Ste. 3300
Houston, TX 77002-5216

Cyrus J. Guidry & Associates, LLC
340 Equity Blvd.
Houma, La. 70360

Cyrus J. Guidry & Associates, LLC
5300 LA-311
Houma, La. 70360

D & L Salvage, LLC
PO Box 309
Lydia, LA 70569-0309

D. A. Melancon & Associates, Inc.
9264 Hwy 1
Lockport, LA 70374-4217

D.B. Services Inc.
PO Box 980
Belle Chasse, LA 70037-0980

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DIVERSE CATERING SUPPORT LLC.
p.o.box 982
GAUTIER, AL 39553-0009

DNOW L.P.
P.O. Box 200822
Dallas, TX 75320-0822

Dale Martin Offshore, LLC
PO Box 577
Maurice, LA 70555-0577

Daniel Douglas
12140 Savannah Road
Madisonville, LA 70447-3300

Datacom
100 Enterprise Blvd
Lafayette, LA 70506-9211

Deep South Airboats, LLC
312 Oak Tree Rd
Belle Chasse, LA 70037-2349

Deep South Oilfield Construction LLC
37213 Hwy 11
Buras, LA 70041-4245

Deligans Valves, Inc.
1013 East Street
Houma, LA 70363-5301

Dell Software
4 Polaris Way
Aliso Viejo, CA 92656-5356

Delta Gulf Rental Tool Company
130 Gilliam St
Corpus Christi, TX 78409-3307

Denet Towing Service, Inc.
POB 307
Boothville, La. 70038

Deutsch, Kerrigan & Stiles, LLP
c/o Francis J. Barry, Jr.
755 Magazine St.
New Orleans, LA 70130-3969

Diamond Oil Field Supply, Inc
P. O. Box 1168
Broussard, LA 70518-1168

Diane K. McMillen
146 Druid Drive
McMurray, PA 15317-3635

Diverse Catering Support, LLC
PO Box 982
Gautier, MS 39553-0009

Donovan Controls LLC
PO Box 2582
Mandeville, LA 70470-2582

Carl Dore' Jr.
17171 Park Row, Ste. 350
Houston, TX 77084-4995

Dorothy Verlander Gray
PO Box 6202
Metairie, LA 70009-6202

Drake Energy Partners
c/o its registered agent
Scott Thomas
4010 W. Congress St., #204
Lafayette, LA 70506-6859

Drake Energy Partners, LLC and Drake Towing,
Attn: Robert Joseph Killeen , Jr.
1811 Bering Drive, Suite 120
Houston TX 77057-3186

Drilling Services of America, Inc.
PO Box 580
Charlet Champagne
Carencro, LA 70520-0580


EDGARSources, LLC
5912 Sierra Grande
Austin TX 78759-5146

ES&H Consulting & Training Group
2802 Flintrock Trace, # B104
Lakeway TX 78738-1743

ES&H Consulting Services, Inc.
187 Corporate Dr
Houma, LA 70360-2767


Eagle Gas Lift
c/o Lufkin Industries
601 S. Raguet St.
Lukin, TX 75904-3951

East Jefferson Levee District
203 Plauche Court
New Orleans, LA 70123-4133

David R. Eastlake
1000 Louisiana, Suite 1800
Houston, TX 77002-5018


Eaton Oil Tools, Inc.
PO Box 1050
Broussard, LA 70518-1050

Ecoserv Processing Site
207 Town Center Parkway 2nd Floor
Lafayette LA 70506-7524

Edward O. Taulbee IV
Christopher E. Taulbee
100 Asma Blvd, Ste 140
Lafayette, LA 70508-3842


El Paso Energy
1001 Louisiana
Houston, TX 77002-5083

Element Materials Technology
32532 Collection Center Drive
Chicago, IL 60693-0325

EnerMech Mechanical Services, Inc.
14000 West Road
Houston, TX 77041-1120


Energy Reserves Group II
c/o Charles R. Gibbs
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Aveue, Suite 4100
Dallas, TX 75201-4675

Energy Reserves Group II
c/o Michael E. Hill
Gieger Laborde & Laperouse
701 Poydras Street, Suite 4800
New Orleans, LA 70139-7756

Enertax Consultants, LP
1001 Fannin Street
Suite 1250
Houston, TX 77002-6757


Engine Compressor Performance & Environm
351 Foxcroft Dr
Slidell, LA 70461-3418

Entergy
PO Box 8108
Baton Rouge, LA 70891-8108

Environmental Operators, LLC
P.O. Box 880
Belle Chasse LA 70037-0880


Environmental Strategies, LLC
412 Breemen Circle
Lafayette, LA 70508-5976

Environmental Wetlands Recovery Services
2286 Peters Rd
Harvey, LA 70058-1737

Eric G. Ryals, Inc.
PO Box 1258
Mandeville, LA 70470-1258


Eric Verlander Gray
3601 North I-10 Service Road West
Metairie, Louisiana 70002-7051

Ervin Well Site Consultants, LLC
P.O. Box 1927
Andrews TX 79714-1927

Ervin Well Site Consultants, LLC
POB 1927
Andrews, TX 79714


Eventure Global Technology
15995 N. Barkers Landing #350
Houston, TX 77079-2493

Fairfield Industries, Inc.
1111 Gillingham Lane
Sugar Land, TX 77478-2865

Fairfield Industries, Inc.
827 North 6th Street
Newark, NJ 07107-2701

FairfieldNodal
1111 Gillingham Lane
Joe Dryer
Sugar Land, TX 77478-2865

Fairwinds International, Inc.
128 Northpark Blvd
Covington, LA 70433-5070

Matthew J. Fantaci
1100 Poydras St., Ste. 3100
New Orleans, LA 70163-1102

Federal Insurance Co.
c/o Underwriting Chubb Group of Ins
82 Hopmeadow Street
Simsbury, CT 06070-7683

Federal Insurance Co.
c/o Chubb Specialty Ins
233 South Wacker Drive
Suite 4700
Chicago, IL 60606-6374

Federal Insurance Co.
c/o Underwriting Chubb Group Ins
15 Mountainview Road
Warren, NJ 07059-6711

Fieldwood Energy
2000 West Sam Houston Parkway
Suite 1200
Houston TX 77042-3623

Fieldwood Energy LLC
c/o Robert J. Sergesketter
2000 W. Sam Houston Pkwy S, Suite 1200
Houston, TX 77042-3623

Fire & Safety Specialists, Inc.
7701 Johnston St
Maurice, LA 70555-5055

Flameless Thermal Solutions LLC
105 XL St
Belle Chasse, LA 70037

Flow Petroleum Services, Inc.
209 Marcon Dr
Lafayette, LA 70507-6210

Flow Services & Consulting, Inc.
230 Industrial Pkwy
Lafayette, LA 70508-3210

Laura Fontaine
1445 Ross Avenue, Ste 2500
Dallas, TX 75202-2701

Forefront Emergency Management, LP
2802 Flintrock Trace, #B104
Lakeway, TX 78738-1743

Forefront Emergency Mgmt, LP
1730 Coteau Rd
Houma, LA 70364-3515

Foster E Voelker
Petroleum Geologist
10038 Sugar Hill Drive
Houston, TX 77042-1540

Francis Torque Service
#8 Dufresne Loop
Luling, TX 70070-6201

Frank & Son Boat Rental, Inc.
2516 South Lake Blvd.
Violet LA 70092-3508

Fremin's Supply & Distribution
26277 Hwy 23
Port Sulphur, LA 70083-2042

French's Welding & Maintenance Service
1080 Woodland Hwy
Mike French
Belle Chasse, LA 70037-1623

Fusion
Network Billing Systems, LLC
P.O. Box 74712
Cleveland OH 44194-0795

Fusion Petroleum Technologies
8665 New Trails Drive, Ste. 125
The Woodlands, TX 77381-4278

Gardere, Wynne, Sewell, LLP
1000 Louisiana Ste 3400
Houston, TX 77002-5011

James M. Garner
909 Poydras St. 28th Floor
New Orleans, LA 70112-4000

Garrison Construction Co Inc
P.O. Box 890
Napoleonville LA 70390-0890

Gary Osadchuk
18662 E. 120th Place
Commerce City, CO 80022-9690

Gaubert Oil Co.
PO Box 310
Thibodaux, LA 70302-0310

Gemini Insurance Company
475 Steamboat Rd.
Greenwich, CT 06830-7144

Gemini Insurance Company
7233 East Butherus Drive
Scottsdale, AZ 85260-2410

Gemini Solutions, Inc.
702 Morton Street
Richmond, TX 77469-3007

General Electric Capital Corporation
9161 Hirst Drive
Moberly, MO 65270

Charles R. Gibbs
1700 Pacific Ave.
Suite 4100
Dallas, TX 75201-4624

Global X-Ray & Testing Corporation
PO Box 1536
Morgan City, LA 70381-1536

Globalstar USA
P.O. Box 30519
Los Angeles CA 90030-0519

Gly-Tech Services, Inc.
P.O. BOX 1265
Harvey LA 70059-1265

Go-Coil, LLC
111 W Etienne Rd
Maurice, LA 70555

Gordon Arata McCollam Duplantis & Eagan, LLC
One American Place
301 Main Street
Suite 1600
Baton Rouge, LA 70801-1200

Trenton A. Grand
10537 Kentshire Court, Ste. A
Baton Rouge, LA 70810-2985

Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002-5001

Greenhill Petroleum Corp n/k/a
5205 N OConner
Irving, TX 75039-3712

Gulf Coast Cased Hole LLC
POB 1720
Waskom, LA 75692-1720

Gulf Coast Chemical, Inc.
Dept 1443
P.O. Box 62600
New Orleans LA 70162-2600

Gulf Coast Coil Tubing
PO Box 1710
Scott, LA 70583-1710

Gulf Coast Office Products, Inc.
5801 River Oaks Road South
New Orleans, LA 70123-2170

Gulf Offshore Logistics
4535 LA-308
Raceland, LA 70394

Gulf Pro Services, LLC
1537 Coteau Rd
Houma, LA 70364-4522

Gulf South Oilfield Rentals, Inc.
PO Box 301
Abbeville, LA 70511-0301

Gulf-Inland Contractors, Inc.
POB 2204
Houma, La. 70361

Gulfstream Services Inc
103 Dickson Rd
Michael Mire
Houma, LA 70363-7306

H. Kent Aguillard
Hoychick & Aguillard
PO Drawer 391
Eunice, LA 70535-0391

HOT Energy Services, Inc
11600 Broadway Ext.
Suite 2502
Michael Platt
Oklahoma City, OK 73114-6609

Lawrence Bradley Hancock
1000 Louisiana St., Suite 1700
Houston, TX 77002-5001

Hanover Compression LP
12001 N. Houston Rosslyn
Houston, TX 77086-3212

Rufus C. Harris III
1450 Poydras St #1500
New Orleans, LA 70112-1526

Harvest Holdings, LLC
67201 Industry Lane
Covington, LA 70433-8705

Harvest Oil & Gas, LLC
67201 Industry Lane
Covington, LA 70433-8705

Harvest Operating, LLC
3337 North Hullen St
Suite 302
Metairie, LA 70002-3455

Harvest Operating, LLC
7039 Hwy 190 E Service Road, Ste. A
Covington, LA 70433-4961

Harvest Operating, LLC
c/o Leann O. Moses
Carver Darden
1100 Poydras St., Suite 3100
New Orleans, LA 70163-1102

Harvest-Marks Pipeline, LLC
2424 Edenborn Ave., Ste. 450
Metairie, LA 70001-6463

Michael S. Haynes
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Joseph P. Hebert
P. O. Box 52008
Lafayette, LA 70505-2008

Helis Energy, L.LC
228 Saint Charles Avenue #912
New Orleans LA 70130-2601

Helis Energy, LLC
228 Saint Carles Ave #912
New Orleans, LA 70130-2601

Heller Draper Patrick Horn & Dabney LLC
650 Poydras St.
Suite 2500
New Orleans, LA 70130-6175

Henry Calongne
c/o Professional Oil & Gas Marketing LLC
5001 U.S. 190, East Service Road
Suite A4
Covington, LA 70433

Hercules Liftboat Company, LLC
151 Southpark Road
3rd Floor
Lafayette, LA 70508-2900

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Ste. 1700
Houston, TX 77002-5001

Higginbotham, Jedediah L.
Attn: Walter K. Naquin , Jr.
P. O. Box 127
Thibodaux LA 70302-0127

Holland N. O'Neil
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Jeffery N. Huddleston
Conway Mackenzie Management, LLC
1301 McKinney, Suite 2025
Houston, TX 77010-3089

Jeffrey N. Huddleston
1301 McKinney, Suite 2025
Houston, TX 77010-3089

IHS
321 Inverness Drive South
Englewood, CO 80112-5895

IHS Energy
15 Inverness Way East
Englewood, CO 80112-5710

IHS Energy
Seismic Micro Technology Inc.
6217 West Sam Houston Parkway
Houston, TX 77041-5145

IHS Global Inc.
5333 Westheimer
Suite 100
Houston, TX 77056-5406

IHS Global Inc.
P.O. Box 847193
Dallas TX 75284-7193

ImageNet Consulting
913 North Broadway Ave.
Oklahoma City, OK 73102-5810

Imperial Capital
2000 Avenue of the Stars
9th Floor South
Jeff Zolkin
Los Angeles, CA 90067-4700

Inspectorate America Corporation
12000 Aerospace Avenue
Suite 200
Houston, TX 77034-5589

Inspectorate America Corporation
P.O. Box 847921
Dallas TX 75284-7921

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Well Testers, Inc.
1803-E Mills Hwy
Nick Gilbert
Breaux Bridge, LA 70517-7310

Island Operating Company, Inc.
770 S Post Oak Lane
Suite 400
Christine Falgout
Houston, TX 77056-6666

J.A. Young & Associates, Inc.
13918 Airline Hwy
J. Patrick Young
Baton Rouge, LA 70817

J.D. Leach & Associates
PO Box 81875
Jan Williams
Lafayette, LA 70598-1875

Janic Directional Survey, Inc.
205 Harold Gauthe Rd.
Scott, La. 70583

Janic Directional Survey, Inc.
POB 91830
Lafayette, La 70509-1830

Jav-Lin Services, LLC
307 Venture Blvd
Jav Liner/Johnny Juneau
Houma, LA 70360-7992

Jeff Guillot
1507 Rue Miramon
Slidell, LA 70458-2223

| | | |
|---|---|---|
| John H. Carter Co., Inc.<br>17630 Perkins Rd<br>Baton Rouge, LA 70810-3842 | John H. Carter Co., LLC<br>Dept 161<br>P.O. Box 4869<br>Houston TX 77210-4869 | John W. Rhea, IV<br>900 RR 620 South, Ste C101-139<br>Austin, TX 78734-5615 |
| John W. Stone Oil Distributors<br>Dept 322<br>P. O. Box 4869<br>Houston, TX 77210-4869 | Jeffrey L. Jonas<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111-2621 | Jeffrey L. Jonas<br>Brown Rudnick, LLP<br>CityPlace I, 38th Floor<br>Hartford, CT 06103-3402 |
| Jones, Swanson, Huddell & Garrison LLC<br>Attn: Gladstone N. Jones, III<br>601 Poydras St., Suite 2655<br>New Orleans, LA 70130-6004 | Joseph P. Hebert<br>Liskow & Lewis<br>822 Harding Street<br>Lafayette, LA 70503-2361 | K & K Marine<br>166 Bayou bouef Rd<br>Morgan City, LA 70380-7921 |
| KVW Properties, LLC<br>c/o Katherine Ann Wakefield<br>Post Office Box 750661<br>New Orleans, Louisiana 70175-0661 | Benjamin W. Kadden<br>Lugenbuhl et al<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Katherine Velander Wakefield<br>3424 Camp Street<br>New Orleans, LA 70115-2425 |
| Kean Miller, LLP<br>Attn: Charles Talley/Tod Everage<br>First Bank & Trust Tower<br>909 Poydras, Ste. 3600<br>New Orleans, LA 70112-4032 | Kelly Hart & Pitre<br>One American Place<br>301 Main St, #1600<br>Baton Rouge, LA 70801-1200 | Kentwood Springs<br>P. O. Box 660579<br>Dallas, TX 75266-0579 |
| Kevin M. Smith<br>14003 Cherry Mound Road<br>Houston, TX 77077-1105 | Kevin M. Smith<br>c/o Peter J. Benvenutti<br>Keller & Benvenutti LLP<br>650 California St., 19th Fl<br>San Francisco, CA 94108-2736 | Key Energy Services, LLC<br>6 Desta Drive<br>Suite 4400<br>Connie Reynolds<br>Midland, TX 79705-5540 |
| Knight Oil Tools, LLC<br>2727 SE Evangeline Thruway<br>Brian Hotard<br>Lafayette, LA 70508-2205 | Krewe Energy, LLC<br>c/o Matthew J. Fantaci<br>1100 Poydras Steet, Ste 3100<br>New Orleans, LA 70163-1102 | LDNR, Office of Conservation<br>1885 North Third Street<br>Baton Rouge, LA 70802-5146 |
| LLOC Exploration Company, LLC<br>1001 Ochsner Blvd., #A<br>Covington, La 70433-8163 | LLOG Exploration Company LLC<br>1001 Ochsner Blvd., Ste. 200<br>Independence, LA 70443 | Lake Borgne Basin Levee District<br>3701 Bartolo St<br>Meraux LA 70075 |
| Lake Borgne Basin Levee District<br>6136 E. St. Bernard Hwy.<br>PO Box 216<br>Violet, LA 70092-0216 | Keith A. Langley<br>901 Main Street, Suite 600<br>Dallas, TX 75202-3706 | Langley, LLP<br>Attn: Gina D. Shearer, Esq.<br>901 Main Street Ste 600<br>Dallas, TX 75202-3706 |
| Lars Herbst<br>Regional Director, BSEE<br>1201 Elmwood Park Blvd<br>New Orleans, LA 70123-2394 | Latham & Watkins, LLP<br>Attn: Adam J. Goldberg & Sean H. McMahon<br>885 Third Ave.<br>New York, NY 10022-4874 | Laura C. Vasut<br>260 Morningside Drive<br>Mandeville, LA 70448-7556 |

| | | |
|---|---|---|
| Laura Verlander Nugent<br>4581 Julian Street<br>Denver, CO 80211-1359 | Lacy M. Lawrence<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4624 | Leann Opotowsky Moses<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 |
| Leefe Gibbs Sullivan<br>3900 N Causeway Blvd<br>#1470<br>Metairie, LA 70002-7253 | Leefe Gibbs Sullivan & Dupre LLC<br>3900 N. Causeway Blvd. #1470<br>Metairie, LA 70002-7253 | Lexington Insurance Co.<br>100 Summer St # 2000<br>Boston MA 02110-2135 |
| Lexington Insurance Company<br>99 High St., FL 23<br>Boston, MA 02110-2378 | Liberty Insurance Underwriters<br>55 Water Street, 23rd Fl<br>New York, NY 10041-0024 | Linear Controls, Inc.<br>107 1/2 Commission Blvd<br>Dawn Clemons<br>Lafayette, LA 70508-3514 |
| Linear Controls, Inc.<br>107 1/2 Commission Blvd<br>Lafayette, LA 70508-3514 | Liskow & Lewis<br>822 Harding St.<br>Lafayette, LA 70503-2361 | Lobo Operating, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024-1521 |
| Lobo Resources, Inc.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024-1521 | Lonnie J. Greco, Sr., Sheriff<br>Plaquemines Parish Sheriff's Office<br>302 Main Street<br>Belle Chasse, LA 70037-2726 | Looper, Goodwine & Ballew P.C.<br>601 Poydras Street, Suite 2200<br>New Orleans, LA 70130-6021 |
| Louisiana Department of Labor<br>Attn:   Lorraine Roach<br>P.O. Box 94094<br>Baton Rouge, LA 70804-9094 | Louisiana Department of Revenue<br>Collection Division/Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn:  Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Mid-Continent Oil & Gas Associatio<br>730 North Boulevard<br>Baton Rouge LA 70802-5724 | Louisiana Safety Systems, Inc<br>P.O. Box 53729<br>Lafayette LA 70505-3729 | Louisiana State Land Office<br>PO Box 44124<br>Baton Rouge, LA 70804-4124 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | Lufkin Industries, Inc<br>PO Box 849<br>Mark Crews<br>Lufkin, TX 75902-0849 | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street #2775<br>New Orleans, LA 70130-6041 |
| M & M Wireline & Offshore Serv<br>P. O. Box 592<br>Belle Chasse, LA 70037-0592 | M & S Consultants, Inc.<br>1800 Carol Sue Avenue<br>Suite 4<br>Max Guidry<br>Gretna, LA 70056-4124 | M&M Wireless & Offshore Services, LLC<br>Harris & Rufty, LLC<br>650 Poydras Street<br>#2710<br>New Orleans, LA 70130-6160 |
| M&M Wireline & Offshore Services LLC<br>c/o Kenneth W Dejean<br>417 W University Ave<br>PO Box 4325<br>Lafayette, LA 70502-4325 | M&M Wireline & Offshore Services LLC<br>c/o Taulbee Law Firm LLC<br>100 Asma Blvd., Ste 140<br>PO Box 2038<br>Lafayette, LA 70502-2038 | M. Taylor Darden<br>Matthew J. Fantaci<br>1100 Poydras St., Ste 3100<br>New Orleans, LA 70163-1102 |

```
M/V M&M 102                    MB Rentals, L.L.C.             MB Rentals, LLC
Harris & Rufty, LLC            707 Cobblestone Road           1129 Evangeline Thruway
650 Poydras Street             Lafayette, LA 70508-4958       Clark Hebert
#2710                                                         Broussard, LA 70518
New Orleans, LA 70130-6160


MP31 Investments               MP31 Investments, LLC          MSA - Y&S Marine THG 10-6-06
68446 Tammany Trace Dr., Ste. 6  H. Kent Aguillard            PO Box 669
Mandeville, LA 70471-7793      POB 391                        Belle Chasse, LA 70037-0669
                               Eunice, LA 70535-0391


MSA - Zedi US Inc 8-15-13      Macquarie Bank                 Macquarie Bank Limited
132 Demanade Blvd              500 Dallas St                  c/o L. Bradley Hancock/Shari L. Heye
Gary Gray                      Suite 3250                     Greenberg Traurig, LLP
Lafayette, LA 70503-2508       James Jordan                   1000 Louisiana Street, Suite 1700
                               Houston, TX 77002-4800         Houston, TX 77002-5001


Macquarie Bank Limited         Madere & Sons Marine Rental    Madere & Sons Towing Inc.
c/o Shari L. Heyen             32713 Hwy 11 South             37213 Hwy 11 Sth
Greenberg Traurig, LLP         Buras, LA 70041               Al Madere
1000 Louisiana Street, Suite 1700                             Buras, LA 70041
Houston, Texas 77002-5001


Malone & Bailey                Tristan E. Manthey             Marielle S. Landry
9801 Westheimer Rd.            Heller, Draper, Patrick & Horn  1208 Houma Blvd.
Suite 100                      650 Poydras Street, Suite 2500  Metairie, LA 70001-3512
Houston, TX 77042-3955         New Orleans, LA 70130-6103


Mark A. Mintz                  Jonathan D. Marshall           Martin Energy Services LLC
201 St. Charles Ave., 49th Fl  Brown Rudnick LLP              Three Riverway, Suite 400
New Orleans, LA 70170-1000     City Place I, 38th Floor       Houston, TX 77056-1947
                               Hartford, CT 06103-3402


Martin Energy Services, LLC    Martin-Marks Operating Co., LLC  Mary Schiro
P.O. Box 95363                 209 North New Hampshire St.    23434 Thornhill Rd
Grapevine TX 76099-9733        Covington, LA 70433-3249       Bush, LA 70431-2550


Mary Verlander Baird           Matthew J. Traylor             Maverick Energy Solutions, LLC
1140 Louisiana Ave.            58065 St. Genevieve Lane       2449 LA-182
New Orleans, LA 70115-2409     Slidell, Louisiana 70460-3415  Raceland LA 70394


Stephen A. McCartin            Gail Bowen McCulloch           Measurement Technologies, Inc.
1601 Elm St                    300 Fannin, Suite 3196         121 Capital Blvd
Dallas, TX 75201-4701          Shreveport, LA 71101-3122      Daniel Distefano
                                                              Houma, LA 70360-7948


Merrick Systems Inc.           Michael Celata                 Michael E. Sheilds
1331 Lamar St., Ste 1400       Regional Director, BOEM        330 Avenue B
Houston, TX 77010-3142         1201 Elmwood Park Blvd         Westwego, LA 70094-3605
                               New Orleans, LA 70123-2394
```

Michael E. Shields
330 Avenue B
Westwego, Louisiana 70094-3605

Michael Townsend Gray
3601 North I-10 Service Road West
Metairie, Louisiana 70002-7051

Barry W. Miller
Heller,Draper,Patrick,Horn & Dabney, LLC
9311 Bluebonnet Blvd
Baton Rouge, LA 70810-2970

Mitchell Lift Boats LLC
PO Box 9990
New Iberia, LA 70562-8990

Mobius Risk Group
5847 San Felipe
Suite 2502
Houston, TX 77057-3263

Moncla Marine Operations, LLC
1023 E St. Mary Blvd
Lafayette, LA 70503-2347

Montco Offshore, Inc.
PO Box 850
Galliano, LA 70354-0850

Montco Oilfield Contractors, LLC
PO Box 850
Tish Hebert
Galliano, LA 70354-0850

Leann Opotowsky Moses
Carver, Darden, et al
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

NAPA Auto Parts
PO Box 846
Belle Chasse, LA 70037-0846

NGE Techs, LLC
5011 Port Road
New Iberia, LA 70560-9630

NGE Techs, LLC
PO Box 1463
Breaux Bridge, LA 70517-1463

NYSE Market Inc
P.O. Box 223695
Pittsburgh PA 15251-2695

National Oilwell Varco LP
PO Box 202631
Dallas, TX 75320-2631

Neuner Pate Law Firm
1001 W. Pinhook Road, Suite 200
Lafayette, LA 70503-2451

Neuralog
4800 Sugar Grove Blvd.
Suite 200
Houston, TX 77477-2630

Richard Nevins
Keller & Benvenutti, LLP
650 California St, Ste 1900
San Francisco, CA 94108-2736

Newman Crane Services, Inc.
PO Box 550
Derek Newman
Belle Chasse, LA 70037-0550

Cherie D. Nobles
Heller,Draper,Patrick,Horn & Dabney, LLC
650 Poydras, Ste. 2500
New Orleans, LA 70130-6175

OCS Marine Inc.
1000 Lake Carolyn Pkwy Apt 1114
Irving, TX 75039-3933

Office of District Counsel
Internal Revenue Service
POB 30509
New Orleans LA 70190-0509

Office of Mineral Resources
State of Louisiana
Mineral Income Division
PO Drawer 2827
Baton Rouge, LA 70821-2827

Offshore Cleaning Systems, LLC
9525 US Hwy 167
Michael Hutchison
Abbeville, LA 70510-0804

Offshore Marine Contractors, Inc.
133 West 113th St
Martin Bohman
Cut Off, LA 70345-3639

Offshore Rentals, LTD
dba Tiger Offshore Rentals
P. O. Box 790
Beaumont, TX 77704-0790

Oil States Energy Services, LLC
333 Clay Street
Suite 2100
Houston, TX 77002-2570

Oilfield Management Solutions, LLC
202 Magnate Drive
Lafayette, LA 70508-3830

Omega Natchiq, Inc.
4418 Pesson Rd
Gary Buchanan
New Iberia, LA 70560-8750

One Hour Air Conditioning&Heat
3979 Hwy 190
Covington, LA 70433

Orleans Levee District
6910 Franklin Ave.
New Orleans, LA 70122-5704

P2 Energy Solutions
1670 Broadway Ste 2800
Denver, CO 80202-4800

P2 Systems
Merrick Systems, Inc.
1331 Lamar St., Ste 1400
Houston, TX 77010-3142

P2ES Holdings, LLC
P.O. Box 912692
Denver CO 80291-2692

PROCO Chemicals, Inc.
113 Mission Hills Dr
BR Hagle
Broussard, LA 70518-6163

PROCOR Chemicals, Inc.
113 Mission Hills Drive
B.R. Hagle
Broussard, LA 70518-6163

Parish of Plaquemines
8056 Hwy 23 Ste 302
Belle Chasse LA 70037-2402

Parish of Plaquemines
Lonnie J. Greco, Sr.
302 Main Street
Belle Chasse LA 70037-2726

Patco Completion Services
116 Lois Rd
Patrick Bussey
Houma, LA 70363-6608

William H. Patrick III
Heller,Draper,Patrick,Horn & Dabney, LLC
650 Poydras St #2500
New Orleans, LA 70130-6175

Patrick K. Keegan
1617 State Street
New Orleans, LA 70118-6119

Patrick Murphy
1043 Tallow Tree Dr.
Mandeville, LA 70448-6401

Paul's Insurance Services
PO Box 1599
Gray, LA 70359-1599

Stewart F. Peck
Lugenbuhl, Wheaton, Peck et al
601 Poydras, #2775
New Orleans, LA 70130-6041

Pelstar Mechanical Services, LLC
1530 St. Etienne Rd
Dirk Dailey
Broussard, LA 70518-7903

Petroquip Energy Services, LP
P.O. Box 301610
Dallas, TX 75303-1610

Pharos Marine Automatic Power, Inc.
198 Technology Lane
Gray, LA 70359-3338

Philip Charles Ciaccio, Jr.
Phillip C. Ciaccio, Jr., Attorney at Law
320 Huey P. Long Ave.
Gretna, LA 70053-5905

Louis M. Phillips
Kelly Hart & Pitre LLP
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1200

Pioneer Coiled Tubing LLC
111 W. Etienne Road
Maurice LA 70555

Pioneer Coiled Tubing Services, LLC
Dor Law Group, P.C.
17171 Park Row
Suite 160
Houston, TX 77084-4927

Pioneer Natural Resources USA Inc.
c/o Robert P. Franke, Esq.
901 Main Street, Suite 4400
Dallas, TX 75202-3729

Pioneer Natural Resources USA, Inc.
5205 N O'Connor Blvd
Suite 900
Irving, TX 75039-3724

Pioneer Production Services Inc
P.O. Box 1258
Larose, LA 70373-1258

Pioneer Wireline Services, LLC
Dor Law Group, P.C.
17171 Park Row
Suite 160
Houston, TX 77084-4927

Piranha Rentals
P.O. Box 69
Chauvin LA 70344-0069

Thomas A. Pitta
120 Broadway, 32nd Floor
New York, NY 10271-3299

Plains Marketing LP
333 Clay Street
Suite 1600
Houston, TX 77002-4101

Plains Marketing, LP
P.O. Box 4346, Dept 327
Houston TX 77210-4346

Plaquemines Parish Government
8056 Highway 23, Ste. 200
Belle Chasse, LA 70037-2402

Precision Crane & Hydraulics, LLC
POB 1197
Larose, La. 70373

| | | |
|---|---|---|
| Precision Oilfield Construction, LLC<br>11904 Hwy 308<br>Shane Landry<br>Larose, LA 70373-6701 | Preis PLC<br>Attn: John Ribarits<br>Weslayan Tower<br>24 Greenway Plaza, Ste. 2050<br>Houston, TX 77046-2445 | Premium Assignment Corporation<br>3522 Thomasville Rd.<br>P.O. Box 8800<br>Tallahassee FL 32314-8800 |
| Premium Oilfield Services, LLC<br>Attn: Jimmy Tyrone<br>139 James Comeaux Rd., Ste B<br>Lafayette, La. 70508 | Pressure Control Specialties<br>4008 Third St<br>Seth Lecoq<br>New Iberia, LA 70560-9752 | Prime Source Office Solutions<br>403 Carl Street<br>Houston, TX 77009-7707 |
| Priority Energy Services, LLC<br>22207 Prats Dairy Rd<br>Chris Abide<br>Abita Springs, LA 70420-2249 | Production Enhancement Technologies Intl<br>17255 El Camino Real,Suite 250<br>Houston, TX 77058 | Production Fire & Safety LLC<br>PO Box 1170<br>Randy Miller<br>Broussard, LA 70518-1170 |
| Production Management Inc.<br>Dept 2208<br>P.O. Box 122208<br>Dallas TX 75312-2208 | Professional Oil & Gas Marketing LLC<br>5001 U.S. 190, East Service Road<br>Suite A4<br>Covington, LA 70433 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Quality Energy Services, Inc.<br>5342 Hwy 311<br>Anthony Authement<br>Houma, LA 70360-2880 | Quality Process Services, LLC<br>P. O. Box 3317<br>Houma, LA 70361-3317 | R G Telephone Service, LLC<br>20034 Chandler<br>Covington, LA 70435-0136 |
| R. Patrick Vance<br>Jones Walker LLP<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, LA 70170-5100 | R360 Environmental Solutions<br>P.O. Box 671766<br>Dallas TX 75267-1766 | RAM Repairs<br>2063 Bonn St.<br>Harvey, LA 70058-5902 |
| RCL Systems, Inc.<br>3960 Bluebonnet Drive<br>Stafford, TX 77477-3952 | REC Marine Logistics<br>PO Box 774<br>Brian Barthelemy<br>Galliano, LA 70354-0774 | RG Telephone Service, LLC<br>20034 Chandler<br>Covington, LA 70435-0136 |
| RSUI Indemnity Company<br>RSUI Group, Inc.<br>945 East Paces Ferry Rd<br>Suite 1800<br>Atlanta, GA 30326-1373 | Randal B. McDonald, Jr.<br>28622 Post Oak Run<br>Magnolia, TX 77355-4664 | Randal B. McDonald, Jr.<br>9225 Katy Freeway, Suite 100<br>Houston, TX 77024-1521 |
| Raven Exploration, LLC<br>3111 Carnegie St<br>Houston, TX 77005-3810 | Reagan Equipment Co. , Inc.<br>Dept AT 952461<br>Atlanta, GA 31192-2461 | Rene Cross Construction, Inc.<br>PO Box 34<br>Jerry Lowrimore<br>Belle Chasse, LA 70037-0034 |
| Rex H. White, Jr.<br>812 West 11th Street, Suite 203<br>Austin, TX 78701-2022 | William Rhea<br>Keller & Benvenutti, LLP<br>650 California St, Ste 1900<br>San Francisco, CA 94108-2736 | Richard Miller<br>109 Rivers Edge Court<br>Slidell, LA 70461-5716 |

Richard Nevins
c/o Peter J. Benvenutti
Keller & Benvenutti LLP
650 California St., 19th Fl
San Francisco, CA 94108-2736

River Rental Tools
1231 Capritto Forty Arpent Rd
St Martinville LA 70582

Robert A. Schroeder, Inc.
P O Box 681
Mandeville, LA 70470-0681

Robert H. Monahan
18405 Reeves Dr.
Covington, LA 70435-7629

Robyn T. Boudreaux
1516 Butternut Avenue
Metairie, Louisiana 70001-3344

Erin Rosenberg
Lugenbuhl Wheaton, et al
601 Poydras Street, Ste. 2775
New Orleans, LA 70130-6041

Royal Service & Rentals, Inc.
6201 Hwy 90 East
Russell Lanclos
Broussard, LA 70518-5708

Ryan M. Seidemann
Jackson D. Logan, III
Assistant Attorneys General
Civil Division/Lands & Natural Resources
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005

SPL, Inc.
P.O. Box 842013
Dallas TX 75284-2013

Saratoga Resources, Inc.
9225 Katy Freeway, Suite 100
Houston, TX 77024-1521

Schlumberger Technology Corporation
1325 S Dairy Ashford
Room 4828 A
Houston, TX 77077-2307

Scientific Drilling International, Inc.
16701 Greenspoint Park Dr
Suite 200
Houston, TX 77060-2314

Scott S. Greenberg
1208 Houma Blvd.
Metairie, LA 70001-3512

Scott S. Greenburg
7901 Roxburgh Castle Avenue
Las Vegas, Nevada 89117-1386

Seacor Liftboats LLC
2917 Par Rd
#530
New Iberia, LA 70560

Sonia Chae Securities & Exchange Commission
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604-2815

Securities Transfer Corp
2591 Dallas Parkway, Ste 102
Frisco TX 75034-8543

Securities and Exchange Commission (LA)
Miami Regional Office
Eric I. Bustillo, Regional Director
801 Brickell Ave., Ste. 1800
Miami, FL 33131-4901

Ryan M. Seidemann
1885 North Third St.
Baton Rouge, LA 70802-5146

Seismic Exchange, Inc.
11050 Capital Park Drive
Houston, TX 77041-5567

Seismic Exchange, Inc.
4805 Westway Park Blvd.
Houston, TX 77041-2003

Seitel Data, Ltd.
10811 South Westview Circle Drive
Suite 100, Bldg C
Houston, TX 77043-2748

Select Oilfield Services, LLC
203 Pailet Dr
Al Kimbrel
Harvey, LA 70058-4153

Seth E. Bagwell
1100 Poydras Street, Suite 3100
New Orleans, LA 70163-1102

Settoon Towing, LLC
1073 Hwy 70
Travis Daigle
Pierre Part, LA 70339-4017

Settoon Towing, LLC
PO Box 279
Pierre Part, LA 70339-0279

Shamrock Management, LLC
4800 Hwy 311
Jeff Trahan
Houma, LA 70360-2871

Gina D. Shearer
Langley LLP
5901 Main Street, Suite 600
Dallas, TX 75202

Shell
c/o Transparent Energy Services
1400 Broadfield, Ste. 375
Houston, TX 77084-6973

Shell Trading
1000 Main St, Level 12
Houston, TX 77002-6336

Shred It Houston
PO Box 101007
Pasadena, CA 91189-1007

Slattery Marino & Roberts
1100 Poydras Street
Suite 1800
New Orleans, LA 70163-1800

Kevin Smith
Keller & Benvenutti, LLP
650 California St, Ste 1900
San Francisco, CA 94108-2736

Sodexo Remote Sites Partnership
5749 Susitna Dr
Marit Teigland
Harahan, LA 70123-4136

Source Environmental Services
4514 Bridge St. Highway
St. Martinville, La. 70582

Spartan Thru Tubing Services, LLC
123 Abigayle's Row
Delmar Crochet
Scott, LA 70583-8909

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St. Tammany Parish Sheriff
701 N. Columbia Street
Covington, LA 70433-2760

State of Louisiana, Department of Natural Re
617 North Third Street
Baton Rouge, LA 70802-5432

State of Louisiana, Dept. of Labor
Delinquent Accounts Unit
POB 44127
Baton Rouge, LA 70804-4127

Catherine Noel Steffes
13702 Coursey Blvd.
Building 3
Baton Rouge, LA 70817-1372

Stephen A. McCartin
Gardere Wynne Sewell, LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761

Stewart F. Peck
Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin & Hubba
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130-6041

Stokes and Spiehler Offshore
110 Rue Jean Lafitte
Mark Stringer
Lafayette, LA 70508-3149

Stout Risius Ross, Inc.
815 Walker, Suite 1140
Houston, TX 77002-5768

Samuel M. Stricklin
1445 Ross Avenue, Ste 2500
Dallas, TX 75202-2701

Samuel M. Stricklin
1445 Ross Avenue, Suite
Dallas, TX 75202-2711

John Machir Stull
1445 Ross Avenue Ste 2500
Dallas, TX 75202-2701

Superior Energy Services, LLC
631 River Highlands Blvd
Covington, LA 70433-8987

Swire Oilfield Services, LLC
28420 Hardy Toll Rd
Chris Wasson
Spring, TX 77373-8083

T & T Boat Rentals
31183 Hwy 11
Tory Petrovich
Buras, LA 70041-2765

T K Towing Inc.
PO Box 2706
Todd Kirkpatrick
Morgan City, LA 70381-2706

TGS
10451 Clay Road
Houston, TX 77041-8753

TGS
P.O. Box 203086
Dallas TX 75320-3086

TGS-Nopec Geophysical Company
10451 Clay Road
Houston, TX 77041-8753

TRC Consultants
120 Dietert Ave #100
Boerne, TX 78006-2406

Talbot, Carmouche & Marcello
c/o Donald T. Carmouche &
Victor L. Marcello
17405 Perkins Road
Baton Rouge, LA 70810-3824

TanMar Rentals, LLC
302 Unatex Rd
Brian Tanner
Eunice, LA 70535-7060

Team Management & Consulting LLC
6873 Johnston St
Nicki Fernandez
Lafayette, LA 70503-6203

Teche Armature Works, Inc.
P.O. Box 9712
New Iberia LA 70562-9712

| | | |
|---|---|---|
| Terramar Resources, Inc.<br>6611-A Wanita Place, Unit A<br>Houston, TX 77007-2034 | Tesla Offshore<br>36499 Perkins Rd<br>Randall Bergeron<br>Prairieville, LA 70769-3207 | Texas Petroleum Investment Co.<br>Attn: Tommy Mitchell<br>POB 674167<br>Dallas, TX 75267 |
| Texas Petroleum Investments<br>P.O. Box 674167<br>Dallas TX 75267-4167 | The Alliance Companies<br>11095 Hwy 308<br>Eric Trosclair<br>Larose, LA 70373-3931 | The American Equity Underwriters, Inc.<br>11 North Water Street<br>32nd Floor<br>Mobile AL 36602-5032 |
| The Bank of New York Mellon<br>Trust Company, N.A.<br>Attn: Corporate Trust Dept.<br>601 Travis Street, 16th Floor<br>Houston, TX 77002-3252 | The Cleaning Edge, Inc.<br>304 Weldon Park Drive<br>Mandeville, LA 70471-3027 | The Grand Ltd & Laredo Offshore Services<br>110 Horseshoe Rd<br>Belle Chasse, LA 70037-3160 |
| The Harvest Group, LLC<br>67201 Industry Lane<br>Covington, LA 70433-8705 | The Lincoln National Life Ins<br>PO Box 0821<br>Carol Stream, IL 60132-0821 | The Louisiana Fruit Company<br>PO Box 7125<br>Belle Chasse, LA 70037-7125 |
| The Majority First Lien Noteholders<br>c/o Mark A. Mintz<br>201 St. Charles Ave., 49th Fl<br>New Orleans, LA 70170-5100 | The NACHER Corporation<br>PO Box 609<br>Derek Fontenot<br>Youngsville, LA 70592-0609 | The State Mineral Board<br>State of Louisiana<br>PO Box 2827<br>Baton Rouge, LA 70821-2827 |
| Timothy Thriffiley<br>POB 7125<br>Belle Chasse, LA 70037-7125 | Thru-Tubing Systems<br>4102 Hwy 90 West<br>New Iberia LA 70560-9405 | Total Corrosion Management, LLC<br>1225 Peters Road<br>Harvey, LA 70058-1718 |
| Total Petrochemicals & Refining USA, Inc.<br>Attn: Legal Department<br>1201 Louisiana St # 1800<br>Houston TX 77002-5605 | Transcontinental Gas Pipe Line<br>P. O. Box 301209<br>Dallas, TX 75303-1209 | Transcontinental Gas Pipeline<br>POB 1396<br>Houston, TX 77251-1396 |
| Transparent Energy Services, Inc.<br>1400 Broadfield, Suite 375<br>Houston, TX 77084-6973 | Trinity Liftboat Services<br>1215 Import Drive<br>New Iberia, LA 70560-7155 | Tripoint LLC<br>PO Box 503<br>Gary Haynes<br>Broussard, LA 70518-0503 |
| Triton Diving Services<br>3421 N Causeway Blvd, Suite 601<br>Metairie, LA 70002-3726 | Tulane Drug Analysis Lab<br>1340 Poydras St<br>Jeffrey Mendler<br>New Orleans, LA 70112-1221 | Turnkey Cleaning Services GOM, LLC<br>PO Box 577<br>Dale Martin Jr.<br>Maurice, LA 70555-0577 |
| U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport LA 71101-3120 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | U.S. Department of Justice<br>c/o Victor W. Zhao<br>1100 L Street, NW<br>Washington, DC 20530-0001 |

Ultra Wireline Services, LLC
POB 7197
Belle Chasse, La. 70037

Union Oil Company of California
5552 W. Century Blvd
Los Angeles, CA 90045-5914

Union Oil Company of California
PO Box 730687
Dallas, TX 75373-0687

United Rentals (North America)
P.O. Box 840514
Dallas TX 75284-0514

United States Attorney's Office
Attn: Civil Process Clerk
333 Las Vegas Blvd., South, #5000
Las Vegas, NV 89101-7071

United States Dept of the Interior
Bureau of Oceana Energy Mgmt
Gulf of Mexico, OCS Region
1201 Elmwood Park Blvd.
New Orleans, LA 70123-2394

United Vision Logistics
P.O. Box 975357
Dallas TX 75397-5357

Upstream Brokers
2020 N. Memorial Way
Houston, TX 77007-8320

Utilities, Inc. of Louisiana
PO Box 11025
Lewiston, ME 04243-9476

R. Patrick Vance
201 St. Charles Ave.
49th Floor
New Orleans, LA 70170-5100

Vermilion Parish
P.O. Box 1508
Abbeville TX 70511-1508

Visual Changes Inc
P.O. Box 777
Mandeville LA 70470-0777

Walter Gray Verlander
3601 North I-10 Service Road West
Metairie, Louisiana 70002-7051

Warrior Energy Services
DBA-Superior Slickline Services
Dept 2114, P.O. Box 122114
Dallas, TX 75312-2114

Waste Auditors, Inc.
PO Box 53391
Chad Eden
Lafayette, LA 70505-3391

Stephen D. Wheelis
P.O. Box 13199
Alexandria, LA 71315-3199

Wild Well Control, Inc.
2202 Oil Center Ct
Don Guedry
Houston, TX 77073-3333

Wilmington Saving Fund Society, FSB
Attn: Patrick Healy
500 Delaware Ave, 11th Floor
Wilmington, DE 19801-1490

Wilmington Savings Fund Society FSB
c/o BROWN RUDNICK LLP
CityPlace I, 38th Floor
Hartford, CT 06103-3402
Attn: Howard L. Siegel, Esq.
E-mail: hsiegel@brownrudnick.com

Wilmington Savings Fund Society, FSB
Attn: Jason B. Hill
500 Delaware Avenue, 11th Floor
Wilmington DE 19801-7405

Wise Well Intervention Services, Inc.
17225 El Camino Real Dr
Suite 250
Tim Mitchell
Houston, TX 77058-2748

Wood Group PSN, Inc.
12000 Katy Fwy
John Allen
Houston, TX 77079-1203

X-Chem, LLC
P. O. Box 971433
Jeff Willis
Dallas, TX 75397-1433

XChem, LLC
P. O. Box 971433
Dallas, TX 75397-1433

XL Specialty Insurance Co.
Executive Liability Underwriters
One Hundred Constitution Plaza
16th Floor
Hartford, Connecticut 06103

XPLOR Energy
180 State Street, Ste. 200
Southlake, TX 76092-7619

Y & S Marine, Inc
PO Box 669
Belle Chasse, LA 70037-0669

Y&S Marine, Inc.
c/o Timothy Thriffiley, Esq.
P.O. Box 7125
Belle Chasse, LA 70037-7125

John T. Young Jr.
1301 McKinney, Suite 2025
Houston, TX 77010-3089

John T. Young Jr.
Conway MacKenzie Management Services LLC
1301 McKinney, Suite 2025
Houston, TX 77010-3089

```
Young's Grocery                          Zedi US Inc                          Zedi US Inc.
24004 LA Highway 333                      P.O. Box 51475                       132 Demanade Blvd
Abbeville, LA 70510-0532                  Lafayette LA 70505-1476              Lafayette LA 70503-2508


Victor W. Zhao                            Zurich North America
US Department of Justice                  8734 Paysphere, Cir.
1100 L Street, NW, Room 10044             Chicago IL 60674-0087
Washington, DC 20005-4035
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Argonaut Insurance Company               DIRECTV                              Sprint
10101 Reunion Place                      PO Box 60036                         PO Box 4181
Suite 500                                Los Angeles, CA 90060-0036           Carol Stream, IL 60197-4181
San Antonio, TX 78216
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ad Hoc Committee of Equity Security Holder    (u)Brian C. Albrecht              (u)Argonaut Insurance Company



(d)CLECO Corporation                     (u)Compuforms Data Products          (d)Cypress Cove Lodge, LLC
Wheelis & Rozanski                                                            POB 34
P.O. Box 13199                                                               Belle Chasse, LA 70037-0034
Alexandria, La 71315-3199


(u)DIP                                   (u)East Jefferson Levee District     (u)Energy Reserves Group II, LLC



(d)Ervin Well Site Consultants, LLC      (d)Evan R. Baker                     (u)Exxon Company, USA
POB 1927                                 Gardere Wynne Sewell LLP             The Vermillion Corporation
Andrews, TX 79714-1927                   1601 Elm St., Ste. 3000
                                         Dallas, TX 75201-4761


(u)Joseph P. Hebert                      (d)Heller, Draper, Patrick, Horn & Dabney, LL    (u)Humble Oil & Refining Co.
                                         650 Poydras Street, Suite 2500        State of LA
                                         New Orleans, LA 70130-6175            Vermilion Parish
```

(u)Krewe Energy, LLC

(u)Lake Borgne Basin Levee District

(d)Louisiana Safety Systems, Inc.
PO Box 53729
Lafayette, LA 70505-3729

(u)Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

(d)MP31 Investments, LLC
68446 Tammany Trace Drive, Ste. 6
Mandeville, LA 70471-7793

(u)Mary Lyyn Miller Currier

(d)Mary Schiro
23434 Thornhill Rd.
Bush, LA 70431-2550

(d)Diane K. McMillen
146 Druid Drive
McMurray, PA 15317-3635

(d)Merrick Systems, Inc.
1331 Lamar St., Ste. 1400
Houston, TX 77010-3142

(d)Michael S. Haynes
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

(d)Mark A. Mintz
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170-1000

(d)Mobius Risk Group, LLC
5847 San Felipe
Suite 2502
Houston, TX 77057-3263

(d)Holland N. O'Neil
Gardere Wynne Sewell LLP
1601 Elm St., Ste, 3000
Dallas, TX 75201-4761

(u)Official Committee of Equity Security Hold

(u)Official Committee of Unsecured Creditors

(u)Orleans Levee District

(d)Pioneer Coiled Tubing LLC
111 W. Etienne Road
Maurice, LA 70555

(d)Pioneer Production Services, Inc.
P.O. Box 1258
Larose, LA 70373-1258

(d)Quality Process Services, LLC
P.O. Box 3317
Houma LA 70361-3317

(d)Quality Process Services, LLC
PO Box 3317
Houma, LA 70361-3317

(d)RAM Repairs, LLC
2063 Bonn St.
Harvey, LA 70058-5902

(u)State of LA
Vermilion Parish
Vermilion Parish School Board

(u)Steve Ross

(u)The Bank of New York Mellon Trust Company,

(u)The Board of Commissioners of the Southeas

(u)The Majority First Lien Noteholders

(d)The Majority First Lien Noteholders
c/o Mark A. Mintz
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170-5100

(d)Thomas Cooke
1304 Alta Vista Ave
Austin, TX 78704-2515

(d)Thomas Cooke
1304 Alta Vista Ave.
Austin, TX 78704-2515

(d)Tristan E. Manthey
Heller, Draper, Patrick & Horn
650 Poydras Street, Ste 2500
New Orleans, LA 70130-6103

(u)United States Department of the Interior     (u)Rex H. White, Jr.     (d)William H. Patrick III
Heller, Draper, Patrick, Horn & Dabney,
650 Poydras St #2500
New Orleans, LA 70130-6175

(u)Wilmington Savings Fund Society FSB, in it     (u)X-Chem, Inc.     (d)Y&S Marine
PO Box 669
Belle Chasse, LA 70037-0669

(d)Y&S Marine, Inc.
c/o Timothy Thriffiley, Esq.
P.O. Box 7125
Belle Chasse, LA 70037-7125

End of Label Matrix
Mailable recipients   574
Bypassed recipients   52
Total             626