**SO ORDERED.**

**SIGNED April 14, 2016.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

### ORDER GRANTING MOTION OF THE DEBTORS
### FOR AN ORDER APPROVING BIDDING PROCEDURES

Upon the *Motion of the Debtors for an Order Approving Bidding Procedures* [Dkt. #829] (the "Motion") filed by Harvest Oil and Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc. and Lobo Resources, Inc., as debtors and debtors-in-possession, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), seeking entry of an order approving certain bid procedures ("Bid Procedures") in connection with the sale of the

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

{00351512-1}

Subject Assets[2]; and the Court having heard the statements of counsel at a hearing before the Court on April 7, 2016; and due notice of the Motion having been given; and no objections or oppositions being filed to the Motion; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; and for the reasons orally assigned at the Hearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Bid Procedures attached hereto as Exhibit "A" are approved in all respects and incorporated herein by reference;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized to take any and all actions necessary to implement the Bid Procedures;

**IT IS HEREBY FURTHER ORDERED** that a Competing Offer shall be in writing, shall be signed by and legally binding on the prospective Competing Bidder and shall be delivered to the Debtors with a copy to counsel for ERG II, along with a deposit in the amount of *$2 million* by bank wire transfer to be held by the Debtors in escrow, **on or before five (5) days prior to the Sale Hearing,** which is scheduled for April 26, 2016 at 10:00 a.m. before the Honorable Robert Summerhays, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501;

**IT IS HEREBY FURTHER ORDERED** that there will be an auction (the "Auction") of the Subject Assets on **April 26, 2016 at 10:00 a.m. in the event that a party or parties (other than ERG II) qualifies as a Qualified Bidder**, among the Qualified Bidder(s) and ERG II, by public out-cry, and the highest bidder (ERG II or if someone else, the "Winning Bidder") as determined by the Bankruptcy Court shall be entitled to acquire the Subject Assets. **If there is**

---

2 Capitalized terms not defined herein are as defined in the Bid Procedures attached hereto as Exhibit "A".

{00351512-1}  2

**no Qualified Bidder (other than the ERG II), ERG II shall be entitled to acquire the Subject Assets at the Sale Hearing**;

**IT IS HEREBY FURTHER ORDERED** that notwithstanding the possible applicability of Bankruptcy Rules 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain exclusive jurisdiction over any matters related to or arising from the implementation of this Order.

###

This order was prepared and is being submitted by:

*/s/ William H. Patrick, III*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Co-Counsel for Debtors**

**Louis M. Phillips (#10505)**
**Peter A. Kopfinger (#20104)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Email: peter.kopfinger@kellyhart.com

AND

**Patrick (Rick) M. Shelby (#31963)**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com
**Co-Counsel for Debtors**

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

**BID PROCEDURES**

On April 1, 2016, Harvest Oil and Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc. and Lobo Resources, Inc., as debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Debtors (1) to Sell Property of the Estates Free and Clear of All Liens, Claims, Encumbrances, and Interests Under 11 U.S.C. § 363; and (2) to Assign (or Assume and Assign to the Extent Necessary) Certain Leases and Executory Contracts Pursuant to 11 U.S.C. § 365* [P-827] ("Sale Motion"), seeking entry of orders: (1) authorizing the sale of substantially all of the Debtors' oil, gas and mineral assets (other than the Debtors' federal oil and gas leases and any other assets agreed to be excluded), including the oil and gas leases commonly known as Grand Bay, Breton Sound 18, Breton Sound 32, Breton Sound 51, Main Pass 25, Main Pass 46, Main Pass 47, Main Pass 52, Vermillion 16, Crooked Bayou, Lake Fortuna, Little Bay and South Atchafalaya Bay and all equipment, records and other assets related thereto, all as more specifically described in an Exhibit to be filed no later than fifteen (15) days prior to the hearing on the Sale Motion, which is scheduled for April 26, 2016 at 10:00 a.m. before the Honorable Robert Summerhays, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501 (the "Sale Hearing") or as otherwise ordered by the Court (collectively, all included properties, the "Subject Assets") to Energy Reserves Group II, LLC ("ERG II"), or if not ERG II, the Winning Bidder (defined below) at the hearing on the Sale Motion, free and clear of all liabilities, liens, claims, encumbrances and interests other than the Carve-Out (defined below) and any ad valorem taxes on the Subject Assets, (2) authorizing the assignment (or assumption and assignment to the extent necessary) to ERG II (or such Winning Bidder) of the leases and executory contracts which shall be set forth in an Exhibit to be filed no later than fifteen (15) days prior to the Sale Hearing or as otherwise ordered by the Court, and (3) such other related relief.

On April 7, 2016, the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division (the "Court"), authorized the Debtors to reasonably determine the

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

{00351543-1} 1

highest or otherwise best bid for the Subject Assets through the process and procedures set forth below (the "Bid Procedures").

(A) At the Sale Hearing, there will be an auction (the "Auction") of the Subject Assets **in the event that a party or parties (other than ERG II) qualifies as a Qualified Bidder (defined below)** among the Qualified Bidder(s) and ERG II, by public out-cry, and the highest bidder (ERG II or if someone else, the "Winning Bidder") as determined by the Court shall be entitled to acquire the Subject Assets. **If there is no Qualified Bidder (other than the ERG II), ERG II shall be entitled to acquire the Subject Assets at the Sale Hearing.**

(B) In connection with the Sale Hearing, the Court may consider any legitimate competing binding written proposal (a "Competing Offer") and increases of the consideration stated in the Competing Offer, from Qualified Bidders (and from ERG II) by public out-cry at the Auction from a financially-capable bidder(s) deemed qualified by the Debtors in their reasonable business judgment, or as ordered by the Court in the event of a dispute, (such bidder, a "Qualified Bidder"), to acquire the Subject Assets. A Competing Offer by a Qualified Bidder must provide for:

(i) (1) payment in cash at the closing of the sale of the Subject Assets of at least $10.5 million in satisfaction of the liens securing the First Lien Notes; plus (2) payment in cash upon the closing of the sale of the Subject Assets of all fees and expenses which are due under the Carve Out set forth in the CCO and the CC Stipulations in the approximate amount of $1.1 million as of May 31, 2016, including the reasonable professional fees and expenses that are related to or incurred in connection with the sale of the Subject Assets, whether or not then allowed, plus (3) assumption and/or payment in full the ad valorem taxes including any interest and penalties due thereon on the Subject Assets in the approximate amount of $2.2 million as of May 31, 2016 plus the ad valorem taxes including any interest and penalties due thereon accruing thereafter;

(ii) a description of the specific Subject Assets that such Qualified Bidder seeks to purchase, which leases and executory contracts such Qualified Bidder seeks to have assigned (or assumed and assigned, as applicable) to it in connection therewith, and the party that will be financially responsible for cure amounts in connection therewith, if any;

(iii) no right of due diligence;

(iv) no contingencies to the obligation of the Qualified Bidder to close the transaction; and

(v) evidence of the Qualified Bidder's ability to consummate the transactions contemplated by the Competing Offer, which must be (a) in the form of a commitment letter from a qualified national financial institution in an amount of no less than $13.5 million, or (b) approved by the Court or the Debtors (in consultation with ERG II).

(C) A Competing Offer shall be in writing, shall be signed by and legally binding on the prospective Qualified Bidder and shall be delivered to Debtors with a copy to counsel for ERG II, along with a deposit in the amount of *$2 million* by bank wire transfer to be held by the Debtors in escrow, **on or before five (5) days prior to the Sale Hearing**, or such other date as may be fixed by the Court. The deposit of any person submitting a Competing Offer shall be held as security for the full and faithful performance by the Qualified Bidder of all of its obligations and commitments under the Competing Offer and no interest shall be paid thereon. ERG II shall not be required to post any deposit.

(D) The Debtors shall have the right to evaluate any Competing Offer, to make inquiries concerning the obligations and representations contained therein, including, without limitation, the right to make inquiries of financial institutions provided as evidence of the Qualified Bidder's ability to close the transaction, and to determine whether the Qualified Bidder is capable of consummating the transactions contemplated by the Competing Offer, all subject to such further orders of the Court with respect thereto in the event of a dispute.

(E) The Court shall have the right in its discretion to require additional security or an additional deposit of any Qualified Bidder to protect the estates and also to require any such Qualified Bidder to provide for the payment of ongoing administrative expenses of the Debtors through the closing as a condition to finding that such prospective bidder is a Qualified Bidder.

(F) Any Qualified Bidder deemed acceptable to the Debtors or as ordered by the Court in the event of a dispute, shall be deemed a "Qualified Bidder" for the purpose of participating in the Auction. ERG II shall also be entitled to bid at the Auction and shall be entitled to credit bid up to the entire amount of its secured claims.

(G) At the Auction, ERG II will be deemed to have made a starting bid (the "Starting Bid") to acquire the Subject Assets for the following consideration: (i) a credit bid on the First Lien Notes (or cash) of $10 million (or any higher amount that ERG II should choose to bid up to the full amount of the First Lien Notes on its secured debt); plus (ii) payment in cash upon the closing of the sale of the Subject Assets of all fees and expenses which are due under the Carve Out set forth in the CCO and the CC Stipulations in the approximate amount of $1.1 million as of May 31, 2016, including the reasonable professional fees and expenses that are related to or incurred in connection with the sale of the Subject Assets, whether or not then allowed, plus (iii) assumption and/or payment in full the ad valorem taxes including any interest and penalties due thereon on the Subject Assets in the approximate amount of $2.2 million as of May 31, 2016 plus the ad valorem taxes including any interest and penalties due thereon accruing thereafter.

(H) All bids made after the Starting Bid shall be in minimal increments of $100,000 ("Overbids") and shall be made and received on a public outcry basis at the Auction and shall be fully disclosed to all other Qualified Bidders.

(I) Qualified Bidders may attend the Auction in person or through an authorized representative or agent with actual authority to participate in the Auction and bind such Qualified Bidder and any bid or offer made during the Auction by any attorney or agent for a Qualified Bidder shall be binding on the Qualified Bidder.

(J) Upon conclusion of the Auction, the bidding will be closed, and the Court shall promptly identify the Winning Bidder (or ERG II) as the successful bidder for the Subject Assets.

(K) The sale of the Subject Assets shall be on an "as is, where is" basis and without representations or warranties of any kind, nature, or description by the Sellers, their agents, or their estates.

(L) The Sale Order shall provide a deadline for the closing of the sale of the Subject Assets ("Closing Deadline") of no less than three (3) days and no more than ten (10) days after the entry of the Sale Order (unless such order is stayed) and shall contain ordinary and usual terms and conditions of such orders as requested by the Debtors in the Sale Motion or as otherwise agreed by the Debtors and the Winning Bidder (or ERG II).

(M) The Debtors reserve the right, following consultation with their advisors, to modify these Bidding Procedures in any manner that will best promote the goals of the bidding process and to impose, at or prior to the Auction, additional customary terms and conditions on the sale of the Subject Assets, including, without limitation, modifying the requirements for a Competing Offer, extending the deadlines set forth herein, adjourning the Auction at the Sale Hearing, canceling the Auction, rescheduling the Auction, and rejecting any or all Qualified Bids if, in the Debtors' business judgment, following consultation with their advisors, the Debtors determine that a Competing Offer made by a Qualified Bidder is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bankruptcy Code or any related rules or the terms set forth herein, or (iii) contrary to the best interests of the Debtors.

(N) The Debtors shall cooperate in good faith with the Winning Bidder (or ERG II) to assure an orderly transfer of the Subject Assets.

**[signature on next page]**

Dated: April 8, 2016

Respectfully submitted,

*/s/ William H. Patrick, III*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300
Facsimile: 504-299-3399
**Co-Counsel for Debtors**


**Louis M. Phillips (#10505)**
**Peter A. Kopfinger (#20104)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Email: peter.kopfinger@kellyhart.com

AND

**Patrick (Rick) M. Shelby (#31963)**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com
**Co-Counsel for Debtors**