**SO ORDERED.**

**SIGNED May 25, 2016.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

**STIPULATED ORDER BETWEEN DEBTORS AND SEISMIC EXCHANGE, INC. REGARDING ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE DEBTORS TO ASSIGN (OR ASSUME AND ASSIGN TO THE EXTENT NECESSARY) CERTAIN LEASES AND EXECUTORY CONTRACTS, AND (C) GRANTING RELATED RELIEF [P-932]**

**WHEREAS**, on April 1, 2016, the Debtors filed *Motion of Debtors (1) to Sell Property of the Estates Free and Clear of All Liens, Claims, Encumbrances, and Interests*

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-70751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC (15-50748) pursuant to a court order [P-4] entered on June 19, 2015.

{00352258-2}   1

*Under 11 U.S.C. § 363; and (2) to Assign (or Assume and Assign to the Extent Necessary) Certain Leases and Executory Contracts Pursuant to 11 U.S.C. § 365* [P-827] seeking entry of orders: (1) authorizing the sale of all or substantially all of the Debtors' oil, gas and mineral assets (other than the Debtors' federal oil and gas leases and any other assets agreed to be excluded) ("Subject Assets") to Energy Reserves Group II, LLC ("ERG II") (or the winning bidder at the auction), and (2) authorizing the assignment (or assumption and assignment to the extent necessary) to ERG II of the leases and executory contracts identified by ERG II (or the winning bidder).

**WHEREAS**, on May 6, 2016, the Court entered *Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Debtors to Assign (or Assume and Assign to the Extent Necessary) Certain Leases and Executory Contracts, and (C) Granting Related Relief* [P-932] ("Sale Order")[2], approving the sale of the Subject Assets and the assignment (or assumption and assignment to the extent necessary) of certain executory contracts and unexpired leases to ERG II (or the backup bidder at the auction, to the extent ERG II fails to close);

**WHEREAS**, prior to entry of the Sale Order, the Debtors and Seismic Exchange, Inc. ("Seismic") agreed to include certain language in the Sale Order related to Seismic; however, that language was inadvertently omitted from the Sale Order.

**ACCORDINGLY, THE DEBTORS AND SEISMIC DO HEREBY STIPULATE AS FOLLOWS WITH RESPECT TO THE MATTERS SET FORTH IN THIS STIPULATION**:

---

[2] Capitalized terms not defined herein are as defined in the Sale Order.

1. Notwithstanding anything in the Purchase Agreement or the Sale Order to the contrary, and for the avoidance of doubt, nothing in the Sale Order shall be construed to authorize or permit: (i) the transfer of any seismic data owned by Seismic, or (ii) the assumption and/or assignment of any master license agreement and/or supplemental agreements between Seismic and any Debtor.

2. The terms and conditions of the Sale Order shall remain in full force and effect as modified by this Stipulation.

3. The above Stipulation is approved and made the Order of this Court.

# # # END OF ORDER # # #

Dated: May 18, 2016

**Stipulated and Agreed to by:**

| Submitted by: | |
|---|---|
| *(signature)* <br> **Heller, Draper, Patrick, Horn & Dabney, L.L.C.** <br> William H. Patrick, III (Bar No. 10359) <br> Cherie Dessauer Nobles, (La. Bar No. 30476) <br> 650 Poydras Street, Suite 2500 <br> New Orleans, Louisiana 70130-6175 <br> Telephone: (504) 299-3300 <br> Facsimile: (504) 299-3399 <br> wpatrick@hellerdraper.com <br> cnobles@hellerdraper.com <br><br> **KELLY HART & PITRE** <br> **Louis M. Phillips (#10505)** <br> **Peter A. Kopfinger (#20104)** <br> One American Place <br> 301 Main Street, Suite 1600 <br> Baton Rouge, LA 70801-1916 <br> Telephone: (225) 381-9643 <br> Facsimile: (225) 336-9763 <br> Email: louis.phillips@kellyhart.com <br> Email: peter.kopfinger@kellyhart.com <br><br> AND <br><br> **Patrick (Rick) M. Shelby (#31963)** <br> 400 Poydras Street, Suite 1812 <br> New Orleans, LA 70130 <br> Telephone: (504) 522-1812 <br> Facsimile: (504) 522-1813 <br> Email: rick.shelby@kellyhart.com <br> *Attorneys for the Debtors* | *(signature)* <br> Bruce J. Ruzinsky / Texas Bar No. 17469425 <br> **Jackson Walker L.L.P.** <br> 1401 McKinney, Suite 1900 <br> Houston, Texas 77010 <br> (713) 752-4204 (Direct) <br> (713) 308-4155 (Direct Fax) <br> bruzinsky@jw.com (email) <br><br> **Counsel for Seismic Exchange, Inc.** |